| Host IP address | Hit Date (UTC) | Related Title | ISP | |
|---|---|---|---|---|
| 96.14.0.96 | 9/23/09 12:42:35 AM | The Steam Experiment | ALLTEL Corporation | |
| 98.134.179.157 | 9/23/09 01:21:45 AM | The Steam Experiment | ALLTEL Corporation | |
| 96.13.218.36 | 9/26/09 06:59:44 AM | The Steam Experiment | ALLTEL Corporation | |
| 98.105.170.76 | 9/26/09 06:58:01 PM | The Steam Experiment | ALLTEL Corporation | |
| 96.15.173.129 | 9/26/09 09:37:11 PM | The Steam Experiment | ALLTEL Corporation | |
| 98.104.222.160 | 9/27/09 09:38:32 AM | The Steam Experiment | ALLTEL Corporation | |
| 98.135.209.121 | 10/21/09 03:35:22 PM | The Steam Experiment | ALLTEL Corporation | |
| 96.15.196.205 | 10/29/09 09:32:04 AM | The Steam Experiment | ALLTEL Corporation | |
| 96.15.157.151 | 10/29/09 12:26:23 PM | The Steam Experiment | ALLTEL Corporation | |
| 98.134.134.167 | 10/30/09 01:14:10 PM | The Steam Experiment | ALLTEL Corporation | |
| 99.56.116.152 | 9/23/09 12:02:24 AM | The Steam Experiment | SBC Internet Services | |
| 65.65.56.231 | 9/23/09 12:10:02 AM | The Steam Experiment | SBC Internet Services | |
| 67.67.15.217 | 9/23/09 02:33:14 AM | The Steam Experiment | SBC Internet Services | |
| 76.219.241.30 | 9/23/09 03:35:01 AM | The Steam Experiment | SBC Internet Services | |
| 99.162.3.132 | 9/23/09 06:46:08 AM | The Steam Experiment | SBC Internet Services | |
| 74.225.160.9 | 9/23/09 11:18:18 AM | The Steam Experiment | BellSouth.net | |
| 75.35.81.136 | 9/24/09 12:03:13 AM | The Steam Experiment | SBC Internet Services | |
| 70.137.30.226 | 9/24/09 03:29:00 AM | The Steam Experiment | SBC Internet Services | |
| 75.17.201.206 | 9/24/09 03:52:53 AM | The Steam Experiment | SBC Internet Services | |
| 99.156.151.112 | 9/24/09 04:33:46 AM | The Steam Experiment | SBC Internet Services | |
| 69.144.244.204 | 7/1/09 05:04:55 AM | The Steam Experiment | Bresnan Communications | |
| 72.174.204.215 | 7/3/09 12:16:59 AM | The Steam Experiment | Bresnan Communications | |
| 72.174.204.235 | 7/4/09 02:38:29 AM | The Steam Experiment | Bresnan Communications | |
| 69.146.202.244 | 7/6/09 03:43:40 PM | The Steam Experiment | Bresnan Communications | |
| 69.146.220.58 | 7/11/09 11:38:26 AM | The Steam Experiment | Bresnan Communications | |
| 69.146.179.102 | 7/12/09 12:54:59 AM | The Steam Experiment | Bresnan Communications | |
| 72.175.153.177 | 7/13/09 04:34:41 PM | The Steam Experiment | Bresnan Communications | |
| 72.174.160.38 | 7/17/09 12:47:21 PM | The Steam Experiment | Bresnan Communications | |
| 72.175.23.105 | 7/18/09 07:34:03 AM | The Steam Experiment | Bresnan Communications | |
| 72.175.3.60 | 7/25/09 01:08:51 AM | The Steam Experiment | Bresnan Communications | |
| 67.61.126.180 | 9/23/09 06:56:44 AM | The Steam Experiment | CABLE ONE | |
| 24.119.105.3 | 9/27/09 08:46:24 AM | The Steam Experiment | CABLE ONE | |
| 24.116.30.196 | 10/8/09 05:52:05 AM | The Steam Experiment | CABLE ONE | |
| 67.61.37.52 | 10/16/09 01:56:15 AM | The Steam Experiment | CABLE ONE | |
| 96.18.14.136 | 10/23/09 01:12:32 AM | The Steam Experiment | CABLE ONE | |
| 67.60.155.188 | 11/6/09 05:15:11 PM | The Steam Experiment | CABLE ONE | |
| 67.61.233.212 | 11/15/09 12:01:26 AM | The Steam Experiment | CABLE ONE | |
| 67.61.60.219 | 11/25/09 10:28:18 AM | The Steam Experiment | CABLE ONE | |
| 24.117.212.169 | 11/25/09 10:41:48 PM | The Steam Experiment | CABLE ONE | |
| 24.117.31.3 | 12/13/09 11:04:37 PM | The Steam Experiment | CABLE ONE | |
| 72.161.73.70 | 9/23/09 08:16:12 AM | The Steam Experiment | CenturyTel Internet Holdings | |
| 72.160.61.231 | 9/23/09 06:34:33 PM | The Steam Experiment | CenturyTel Internet Holdings | |
| 72.160.88.173 | 9/30/09 07:50:22 PM | The Steam Experiment | CenturyTel Internet Holdings | |
| 69.179.43.216 | 10/1/09 02:52:29 AM | The Steam Experiment | CenturyTel Internet Holdings | |
| 72.160.116.82 | 10/2/09 02:13:59 AM | The Steam Experiment | CenturyTel Internet Holdings | |
| 207.119.57.69 | 10/3/09 12:04:40 AM | The Steam Experiment | CenturyTel Internet Holdings | |
| 72.161.14.51 | 10/3/09 10:05:32 PM | The Steam Experiment | CenturyTel Internet Holdings | |
| 69.179.4.63 | 10/8/09 02:18:48 AM | The Steam Experiment | CenturyTel Internet Holdings | |
| 99.194.163.180 | 10/12/09 05:14:10 AM | The Steam Experiment | CenturyTel Internet Holdings | |
| 75.120.133.78 | 10/13/09 06:34:50 AM | The Steam Experiment | CenturyTel Internet Holdings | |
| 24.205.97.214 | 9/24/09 01:16:28 AM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 68.113.116.220 | 9/24/09 03:37:29 AM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 68.118.110.31 | 9/24/09 10:09:35 AM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 75.143.156.169 | 9/25/09 01:48:33 AM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 66.169.32.77 | 9/26/09 12:19:40 AM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 75.132.222.220 | 9/26/09 06:55:15 AM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 71.10.74.0 | 9/26/09 11:30:58 AM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 71.15.97.111 | 9/26/09 12:06:28 PM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 71.8.253.219 | 9/26/09 02:19:30 PM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 97.86.127.196 | 9/26/09 08:24:34 PM | The Steam Experiment | CHARTER COMMUNICATIONS | |
| 96.25.6.86 | 9/30/09 05:44:24 PM | The Steam Experiment | Clearwire Corporation | |
| 66.233.112.136 | 10/1/09 09:09:24 AM | The Steam Experiment | Clearwire Corporation | |
| 96.24.196.126 | 10/5/09 12:39:00 AM | The Steam Experiment | Clearwire Corporation | |
| 96.24.1.216 | 10/15/09 06:42:41 AM | The Steam Experiment | Clearwire Corporation | |
| 96.25.91.5 | 10/17/09 05:42:15 AM | The Steam Experiment | Clearwire Corporation | |
| 75.93.83.172 | 10/26/09 12:31:44 AM | The Steam Experiment | Clearwire Corporation | |
| 66.233.78.192 | 10/26/09 01:16:18 AM | The Steam Experiment | Clearwire Corporation | |
| 74.61.248.199 | 10/29/09 07:04:46 AM | The Steam Experiment | Clearwire Corporation | |
| 74.60.207.61 | 11/1/09 10:00:03 AM | The Steam Experiment | Clearwire Corporation | |
| 74.60.20.45 | 11/7/09 11:16:29 AM | The Steam Experiment | Clearwire Corporation | |
| 72.252.201.206 | 10/2/09 03:37:52 PM | The Steam Experiment | Columbus Networks USA | |
| 67.230.70.219 | 10/4/09 12:01:10 AM | The Steam Experiment | Columbus Networks USA | |
| 72.252.128.88 | 10/5/09 05:06:27 PM | The Steam Experiment | Columbus Networks USA | |

Exhibit C

| 72.252.183.250 | 10/15/09 03:46:03 AM | The Steam Experiment | Columbus Networks USA | |
| 63.245.41.142 | 10/25/09 12:46:10 AM | The Steam Experiment | Columbus Networks USA | |
| 72.252.192.224 | 11/7/09 03:00:04 PM | The Steam Experiment | Columbus Networks USA | |
| 72.252.9.58 | 11/11/09 03:43:23 PM | The Steam Experiment | Columbus Networks USA | |
| 72.252.128.46 | 12/9/09 02:49:19 AM | The Steam Experiment | Columbus Networks USA | |
| 67.230.62.154 | 12/15/09 07:33:29 AM | The Steam Experiment | Columbus Networks USA | |
| 98.245.34.198 | 9/23/09 12:02:17 AM | The Steam Experiment | Comcast Cable | |
| 98.221.110.158 | 9/23/09 12:48:04 AM | The Steam Experiment | Comcast Cable | |
| 67.171.40.189 | 9/23/09 01:03:57 AM | The Steam Experiment | Comcast Cable | |
| 76.105.237.232 | 9/23/09 02:19:10 AM | The Steam Experiment | Comcast Cable | |
| 98.219.24.111 | 9/23/09 02:24:38 AM | The Steam Experiment | Comcast Cable | |
| 69.139.235.95 | 9/23/09 02:57:09 AM | The Steam Experiment | Comcast Cable | |
| 71.197.137.102 | 9/23/09 03:04:12 AM | The Steam Experiment | Comcast Cable | |
| 98.211.151.13 | 9/23/09 03:58:04 AM | The Steam Experiment | Comcast Cable | |
| 98.206.202.247 | 9/23/09 04:41:24 AM | The Steam Experiment | Comcast Cable | |
| 98.210.17.47 | 9/23/09 05:36:51 AM | The Steam Experiment | Comcast Cable | |
| 24.250.54.96 | 9/23/09 12:00:48 AM | The Steam Experiment | Cox Communications | |
| 98.176.2.5 | 9/23/09 06:34:55 AM | The Steam Experiment | Cox Communications | |
| 24.251.56.2 | 9/24/09 12:30:00 AM | The Steam Experiment | Cox Communications | |
| 68.6.188.103 | 9/24/09 12:34:39 AM | The Steam Experiment | Cox Communications | |
| 68.10.141.96 | 9/24/09 04:51:49 AM | The Steam Experiment | Cox Communications | |
| 70.160.84.182 | 9/24/09 08:20:37 PM | The Steam Experiment | Cox Communications | |
| 72.193.202.33 | 9/25/09 03:32:04 AM | The Steam Experiment | Cox Communications | |
| 70.177.188.92 | 9/25/09 03:55:09 AM | The Steam Experiment | Cox Communications | |
| 68.10.163.102 | 9/25/09 09:48:36 AM | The Steam Experiment | Cox Communications | |
| 72.216.20.200 | 9/25/09 08:54:03 PM | The Steam Experiment | Cox Communications | |
| 24.145.134.226 | 9/25/09 12:47:44 AM | The Steam Experiment | EarthLink | |
| 69.86.220.113 | 10/4/09 12:38:30 AM | The Steam Experiment | EarthLink | |
| 24.148.202.76 | 10/4/09 10:26:56 AM | The Steam Experiment | EarthLink | |
| 24.239.180.191 | 10/5/09 04:00:57 AM | The Steam Experiment | EarthLink | |
| 72.40.24.127 | 10/22/09 01:33:50 AM | The Steam Experiment | EarthLink | |
| 208.120.197.52 | 10/27/09 12:37:29 AM | The Steam Experiment | EarthLink | |
| 24.170.185.123 | 10/27/09 02:21:13 AM | The Steam Experiment | EarthLink | |
| 216.80.140.158 | 11/2/09 02:50:24 PM | The Steam Experiment | EarthLink | |
| 24.144.67.53 | 11/8/09 03:29:00 AM | The Steam Experiment | EarthLink | |
| 76.15.21.212 | 11/8/09 12:54:20 PM | The Steam Experiment | EarthLink | |
| 71.3.37.218 | 9/23/09 03:06:22 AM | The Steam Experiment | Embarq Corporation | |
| 71.2.244.174 | 9/23/09 03:58:39 AM | The Steam Experiment | Embarq Corporation | |
| 76.6.133.67 | 9/23/09 06:53:39 AM | The Steam Experiment | Embarq Corporation | |
| 65.40.37.10 | 9/24/09 03:44:10 PM | The Steam Experiment | Embarq Corporation | |
| 67.238.130.42 | 9/26/09 01:57:37 AM | The Steam Experiment | Embarq Corporation | |
| 67.235.178.216 | 9/26/09 03:16:14 AM | The Steam Experiment | Embarq Corporation | |
| 67.233.251.160 | 9/27/09 12:51:39 PM | The Steam Experiment | Embarq Corporation | |
| 74.5.97.106 | 9/28/09 02:32:19 AM | The Steam Experiment | Embarq Corporation | |
| 76.6.65.148 | 9/28/09 03:59:46 AM | The Steam Experiment | Embarq Corporation | |
| 76.5.182.248 | 9/28/09 04:09:47 AM | The Steam Experiment | Embarq Corporation | |
| 74.42.164.160 | 9/26/09 02:24:16 PM | The Steam Experiment | Frontier Communications | |
| 74.45.80.88 | 9/29/09 03:12:08 PM | The Steam Experiment | Frontier Communications | |
| 74.212.42.2 | 10/4/09 02:37:32 PM | The Steam Experiment | Frontier Communications | |
| 74.34.63.60 | 10/27/09 08:18:30 AM | The Steam Experiment | Frontier Communications | |
| 74.38.179.121 | 10/29/09 12:49:50 AM | The Steam Experiment | Frontier Communications | |
| 74.41.218.52 | 11/3/09 12:17:27 AM | The Steam Experiment | Frontier Communications | |
| 74.33.123.133 | 12/1/09 04:01:25 AM | The Steam Experiment | Frontier Communications | |
| 74.36.68.189 | 12/7/09 04:06:56 AM | The Steam Experiment | Frontier Communications | |
| 70.101.203.175 | 12/11/09 05:48:25 PM | The Steam Experiment | Frontier Communications | |
| 70.101.201.224 | 12/13/09 01:00:11 AM | The Steam Experiment | Frontier Communications | |
| 208.102.64.242 | 11/7/09 12:01:02 AM | The Steam Experiment | Fuse Internet Access | |
| 74.215.165.101 | 11/14/09 04:34:28 AM | The Steam Experiment | Fuse Internet Access | |
| 74.215.115.78 | 12/16/09 02:42:49 PM | The Steam Experiment | Fuse Internet Access | |
| 69.61.225.175 | 12/30/09 11:36:36 AM | The Steam Experiment | Fuse Internet Access | |
| 208.102.227.245 | 1/5/10 01:04:25 AM | The Steam Experiment | Fuse Internet Access | |
| 74.83.84.149 | 1/9/10 05:57:51 PM | The Steam Experiment | Fuse Internet Access | |
| 208.102.90.9 | 2/26/10 09:33:44 PM | The Steam Experiment | Fuse Internet Access | |
| 74.83.81.67 | 3/4/10 09:34:14 PM | The Steam Experiment | Fuse Internet Access | |
| 74.137.146.40 | 9/24/09 04:15:45 AM | The Steam Experiment | Insight Communications Company | |
| 74.140.97.26 | 9/25/09 12:10:17 AM | The Steam Experiment | Insight Communications Company | |
| 96.28.48.236 | 9/25/09 07:18:53 AM | The Steam Experiment | Insight Communications Company | |
| 96.28.96.16 | 10/15/09 02:31:47 AM | The Steam Experiment | Insight Communications Company | |
| 74.129.64.205 | 10/21/09 03:04:38 AM | The Steam Experiment | Insight Communications Company | |
| 74.132.91.184 | 10/23/09 12:21:17 AM | The Steam Experiment | Insight Communications Company | |
| 74.133.70.27 | 10/26/09 02:01:18 AM | The Steam Experiment | Insight Communications Company | |
| 74.132.122.108 | 10/26/09 02:26:26 AM | The Steam Experiment | Insight Communications Company | |
| 74.136.160.56 | 10/30/09 12:44:20 AM | The Steam Experiment | Insight Communications Company | |
| 74.137.9.233 | 11/7/09 03:38:35 AM | The Steam Experiment | Insight Communications Company | |

Exhibit C

| | | | | |
|---|---|---|---|---|
| 69.115.28.210 | 9/23/09 01:22:35 AM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 67.82.76.35 | 9/23/09 04:41:20 AM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 67.84.225.234 | 9/25/09 05:56:00 PM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 24.228.8.185 | 9/25/09 09:16:48 PM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 67.85.127.127 | 9/26/09 08:01:51 PM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 24.186.84.129 | 9/27/09 08:19:52 AM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 24.185.123.140 | 9/29/09 02:54:21 AM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 68.198.186.118 | 9/29/09 04:02:29 AM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 24.228.35.13 | 9/29/09 01:54:19 PM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 67.87.186.114 | 10/1/09 10:30:15 AM | The Steam Experiment | Optimum Online (Cablevision Systems) | |
| 71.220.220.31 | 9/24/09 05:38:24 AM | The Steam Experiment | Qwest Communications | |
| 97.118.231.3 | 9/26/09 02:07:17 AM | The Steam Experiment | Qwest Communications | |
| 97.115.146.197 | 9/26/09 05:35:15 PM | The Steam Experiment | Qwest Communications | |
| 75.162.81.222 | 9/27/09 10:19:46 AM | The Steam Experiment | Qwest Communications | |
| 75.170.145.198 | 9/29/09 04:04:54 AM | The Steam Experiment | Qwest Communications | |
| 71.216.110.198 | 9/30/09 12:00:06 AM | The Steam Experiment | Qwest Communications | |
| 216.161.162.110 | 9/30/09 05:17:46 AM | The Steam Experiment | Qwest Communications | |
| 75.172.246.82 | 10/1/09 08:17:24 AM | The Steam Experiment | Qwest Communications | |
| 71.210.193.234 | 10/2/09 08:12:26 AM | The Steam Experiment | Qwest Communications | |
| 97.113.141.84 | 10/3/09 01:23:38 AM | The Steam Experiment | Qwest Communications | |
| 24.148.76.46 | 9/26/09 06:45:49 PM | The Steam Experiment | RCN Corporation | |
| 208.58.52.104 | 9/29/09 12:11:10 AM | The Steam Experiment | RCN Corporation | |
| 216.164.183.218 | 9/29/09 06:36:36 AM | The Steam Experiment | RCN Corporation | |
| 207.172.132.181 | 9/30/09 06:23:35 PM | The Steam Experiment | RCN Corporation | |
| 207.38.165.57 | 10/1/09 04:03:02 AM | The Steam Experiment | RCN Corporation | |
| 209.122.33.4 | 11/10/09 12:46:32 AM | The Steam Experiment | RCN Corporation | |
| 24.148.31.36 | 11/25/09 12:05:04 PM | The Steam Experiment | RCN Corporation | |
| 216.80.123.230 | 12/12/09 05:15:43 AM | The Steam Experiment | RCN Corporation | |
| 207.237.61.29 | 12/25/09 12:08:09 AM | The Steam Experiment | RCN Corporation | |
| 208.58.0.50 | 12/28/09 08:53:29 PM | The Steam Experiment | RCN Corporation | |
| 74.97.81.44 | 9/27/09 07:11:22 PM | The Steam Experiment | Rogers Cable | |
| 74.105.227.108 | 9/28/09 03:18:42 AM | The Steam Experiment | Rogers Cable | |
| 74.97.202.61 | 9/30/09 11:47:24 AM | The Steam Experiment | Rogers Cable | |
| 74.101.59.16 | 10/5/09 12:47:40 PM | The Steam Experiment | Rogers Cable | |
| 74.98.18.243 | 10/9/09 12:19:45 PM | The Steam Experiment | Rogers Cable | |
| 74.100.233.123 | 10/27/09 05:43:02 AM | The Steam Experiment | Rogers Cable | |
| 74.101.71.132 | 10/29/09 08:46:38 PM | The Steam Experiment | Rogers Cable | |
| 74.101.217.49 | 11/9/09 05:18:58 AM | The Steam Experiment | Rogers Cable | |
| 74.103.146.69 | 11/25/09 10:54:22 PM | The Steam Experiment | Rogers Cable | |
| 74.98.90.14 | 12/12/09 04:05:11 AM | The Steam Experiment | Rogers Cable | |
| 166.128.248.13 | 10/1/09 01:15:10 AM | The Steam Experiment | Service Provider Corporation | |
| 166.214.228.171 | 10/9/09 06:44:09 AM | The Steam Experiment | Service Provider Corporation | |
| 166.204.4.119 | 10/9/09 07:47:19 AM | The Steam Experiment | Service Provider Corporation | |
| 166.214.233.222 | 10/9/09 09:49:10 AM | The Steam Experiment | Service Provider Corporation | |
| 166.203.220.57 | 10/17/09 12:07:35 AM | The Steam Experiment | Service Provider Corporation | |
| 166.217.89.156 | 10/30/09 08:54:00 PM | The Steam Experiment | Service Provider Corporation | |
| 166.129.98.202 | 11/2/09 05:51:15 AM | The Steam Experiment | Service Provider Corporation | |
| 166.217.189.124 | 11/6/09 01:20:03 PM | The Steam Experiment | Service Provider Corporation | |
| 166.128.91.156 | 11/19/09 04:47:58 AM | The Steam Experiment | Service Provider Corporation | |
| 166.164.168.164 | 11/26/09 11:25:33 AM | The Steam Experiment | Service Provider Corporation | |
| 208.8.121.221 | 9/24/09 02:04:55 PM | The Steam Experiment | Sprint | |
| 72.61.141.134 | 10/1/09 02:57:28 PM | The Steam Experiment | Sprint PCS | |
| 63.172.153.98 | 10/1/09 10:23:21 PM | The Steam Experiment | Sprint | |
| 208.23.31.218 | 10/2/09 01:06:30 AM | The Steam Experiment | Sprint | |
| 206.107.225.134 | 10/2/09 11:40:14 AM | The Steam Experiment | Sprint | |
| 198.69.251.195 | 10/3/09 03:27:31 AM | The Steam Experiment | Sprint | |
| 208.8.121.50 | 10/3/09 08:33:43 AM | The Steam Experiment | Sprint | |
| 199.2.58.41 | 10/8/09 01:30:14 AM | The Steam Experiment | Sprint | |
| 72.58.226.16 | 10/9/09 12:04:11 AM | The Steam Experiment | Sprint PCS | |
| 63.175.36.78 | 10/10/09 11:52:40 AM | The Steam Experiment | Sprint | |
| 74.193.192.28 | 9/27/09 04:14:19 AM | The Steam Experiment | Suddenlink Communications | |
| 74.197.30.106 | 9/27/09 07:19:23 PM | The Steam Experiment | Suddenlink Communications | |
| 74.193.57.53 | 9/28/09 12:31:16 AM | The Steam Experiment | Suddenlink Communications | |
| 74.197.200.24 | 9/28/09 01:15:24 AM | The Steam Experiment | Suddenlink Communications | |
| 74.193.54.119 | 10/13/09 03:26:50 AM | The Steam Experiment | Suddenlink Communications | |
| 74.197.248.61 | 10/14/09 09:49:07 PM | The Steam Experiment | Suddenlink Communications | |
| 74.192.237.198 | 10/25/09 05:28:49 AM | The Steam Experiment | Suddenlink Communications | |
| 74.194.213.216 | 10/26/09 05:35:56 AM | The Steam Experiment | Suddenlink Communications | |
| 74.193.25.27 | 11/9/09 12:04:45 AM | The Steam Experiment | Suddenlink Communications | |
| 74.196.172.116 | 11/9/09 04:17:04 AM | The Steam Experiment | Suddenlink Communications | |
| 96.60.84.204 | 9/27/09 03:54:41 PM | The Steam Experiment | TDS TELECOM | |
| 69.130.32.218 | 11/22/09 07:46:29 AM | The Steam Experiment | TDS TELECOM | |
| 96.60.241.68 | 12/2/09 05:52:24 PM | The Steam Experiment | TDS TELECOM | |
| 69.130.141.43 | 12/13/09 10:42:19 AM | The Steam Experiment | TDS TELECOM | |

Exhibit C

| | | | | |
|---|---|---|---|---|
| 96.60.11.181 | 12/22/09 05:51:56 AM | The Steam Experiment | TDS TELECOM | |
| 75.100.164.182 | 12/28/09 04:59:17 AM | The Steam Experiment | TDS TELECOM | |
| 66.222.50.26 | 2/15/10 08:06:26 AM | The Steam Experiment | TDS TELECOM | |
| 24.160.248.91 | 9/23/09 12:00:45 AM | The Steam Experiment | Road Runner | |
| 72.187.189.252 | 9/23/09 12:31:16 AM | The Steam Experiment | Road Runner | |
| 71.72.250.43 | 9/23/09 04:42:22 AM | The Steam Experiment | Road Runner | |
| 70.92.227.87 | 9/23/09 06:34:15 AM | The Steam Experiment | Road Runner | |
| 76.168.15.37 | 9/23/09 07:59:03 AM | The Steam Experiment | Road Runner | |
| 72.181.77.148 | 9/23/09 09:31:19 AM | The Steam Experiment | Road Runner | |
| 65.188.48.126 | 9/23/09 10:26:43 AM | The Steam Experiment | Road Runner | |
| 71.72.73.213 | 9/23/09 01:22:01 PM | The Steam Experiment | Road Runner | |
| 65.25.161.226 | 9/23/09 09:46:53 PM | The Steam Experiment | Road Runner | |
| 24.58.67.57 | 9/23/09 10:36:38 PM | The Steam Experiment | Road Runner | |
| 96.247.185.134 | 9/23/09 02:16:28 AM | The Steam Experiment | Verizon Internet Services | |
| 96.227.57.32 | 9/23/09 02:18:07 AM | The Steam Experiment | Verizon Internet Services | |
| 75.211.221.102 | 9/23/09 03:28:47 AM | The Steam Experiment | Cellco Partnership DBA Verizon Wireless | |
| 70.202.195.91 | 9/23/09 09:46:49 AM | The Steam Experiment | Cellco Partnership DBA Verizon Wireless | |
| 65.243.150.135 | 9/23/09 05:34:22 PM | The Steam Experiment | Verizon Business | |
| 71.171.79.17 | 9/23/09 05:59:22 PM | The Steam Experiment | Verizon Internet Services | |
| 72.92.96.40 | 9/23/09 09:07:22 PM | The Steam Experiment | Verizon Internet Services | |
| 71.164.94.247 | 9/24/09 12:46:30 AM | The Steam Experiment | Verizon Internet Services | |
| 138.89.123.179 | 9/24/09 04:19:01 AM | The Steam Experiment | Verizon Internet Services | |
| 96.250.147.170 | 9/24/09 05:57:00 AM | The Steam Experiment | Verizon Internet Services | |
| 65.60.195.94 | 9/20/09 02:27:52 AM | The Steam Experiment | WideOpenWest | |
| 24.192.21.2 | 9/30/09 06:36:52 AM | The Steam Experiment | WideOpenWest | |
| 69.47.16.23 | 9/30/09 06:53:59 PM | The Steam Experiment | WideOpenWest | |
| 69.47.202.202 | 10/12/09 12:07:03 PM | The Steam Experiment | WideOpenWest | |
| 24.192.5.56 | 10/22/09 02:19:09 PM | The Steam Experiment | WideOpenWest | |
| 65.60.215.164 | 11/6/09 03:17:29 PM | The Steam Experiment | WideOpenWest | |
| 75.118.111.209 | 11/7/09 12:00:38 AM | The Steam Experiment | WideOpenWest | |
| 64.53.196.40 | 11/9/09 04:11:37 AM | The Steam Experiment | WideOpenWest | |
| 75.118.19.174 | 11/13/09 05:33:14 AM | The Steam Experiment | WideOpenWest | |
| 65.60.195.229 | 11/14/09 01:47:56 AM | The Steam Experiment | WideOpenWest | |
| 67.141.89.41 | 9/25/09 12:57:21 AM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |
| 69.40.1.117 | 9/25/09 08:01:36 PM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |
| 67.141.31.117 | 9/26/09 01:27:50 PM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |
| 71.30.19.58 | 9/27/09 11:17:20 AM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |
| 98.19.37.6 | 9/28/09 12:30:33 AM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |
| 98.21.161.204 | 10/1/09 12:47:28 AM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |
| 75.88.158.67 | 10/1/09 08:13:18 AM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |
| 67.141.209.138 | 10/2/09 02:03:04 PM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |
| 98.22.94.172 | 10/3/09 07:37:03 AM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |
| 98.21.22.165 | 10/4/09 03:46:24 AM | The Steam Experiment | WINDSTREAM COMMUNICATIONS | |