# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WEST BAY ONE, INC

        Plaintiff          Civil No.      10-0481 (GK)

vs.

                                   Category    E

DOES 1-2000

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 14, 2010 from Judge John D Bates

to Judge Gladys Kessler by direction of the Calendar Committee

(Randomly Reassigned)

                                          JUDGE ELLEN S. HUVELLE
                                          Chair, Calendar and Case
                                          Management Committee

cc:    Judge John D. Bates                      & Courtroom Deputy

        Judge Gladys Kessler                  & Courtroom Deputy

Liaison, Calendar and Case Management Committee