**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WEST BAY ONE, INC.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   CA. 1:10-cv-00481-PLF |
| | ) |
| **DOES 1 – 2,000** | ) |
| | ) |
|     **Defendants.** | ) |
|   | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and to all interested parties:

Please note that Nicholas A. Kurtz of Dunlap, Grubb & Weaver, PLLC hereby enters his formal appearance as counsel for Plaintiff in the above-entitled case.

                                     Respectfully submitted,
                                     WEST BAY ONE, INC.

DATED:  May 19, 2010

                          By:    /s/ Nick Kurtz
                                Nicholas A. Kurtz (D.C. Bar # 980091)
                                DUNLAP, GRUBB & WEAVER, PLLC
                                1200 G Street, NW Suite 800
                                Washington, DC 20005
                                Telephone: 202-316-8558
                                Facsimile: 202-318-0242
                                nkurtz@dglegal.com
                                *Attorneys for the Plaintiff*