# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WEST BAY ONE, INC.

        Plaintiff          Civil No.      10-481    (RMC)

    vs.

                                      Category     E

DOES 1-2,000

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 20, 2010 from Judge Paul L. Friedman to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Randomly Reassigned)

                                                         <u>JUDGE ELLEN S. HUVELLE</u>
                                                         Chair, Calendar and Case
                                                         Management Committee

cc:     Judge Paul L. Friedman          & Courtroom Deputy

         Judge Rosemary M. Collyer      & Courtroom Deputy

         Liaison, Calendar and Case Management Committee