EXHIBIT 2

# Thomas M. Dunlap

| | |
|---|---|
| From: | Goldberg, Craig [craig.goldberg@twcable.com] |
| Sent: | Friday, March 19, 2010 10:33 AM |
| To: | Thomas M. Dunlap |
| Cc: | Dzujna, Christine |
| Subject: | Subpoenas to TWC |
| Attachments: | Subpoena Cost Study 3-10 final.docx |

Tom, this is to give you a quick update on the subpoenas that you served on us for G2 and Worldwide and to discuss a few other items.

CURRENT SUBPOENAS

With respect to G2, there were 32 IP addresses within your request. 8 of these related to either other ISPs or were too old for us to respond. Of the remaining 24, we have been able to identify 22 of the associated customers and we have provided notice to them. Pending receipt of payment, we are prepared to provide you with responses on or about April 1.

With respect to Worldwide, there were 162 IP addresses within your request. 149 of these related to either other ISPs or were too old for us to respond. Of the remaining 13, we have been able to identify each of the associated customers and we plan on completing notice to each of these people by early next week. Pending receipt of payment, we are prepared to provide you with responses on or about April 9.

We have already received notice of one motion to quash relating to the G2 subpoena. We will maintain the data for this customer (and for any others that object before we respond on G2 or any other subpoenas that you serve us with) should the court deny the motion, but we will not answer as to these people until the court rules.

COST STUDY

We have updated our cost study (attached). The new result is that it costs us at least $45/look up for us to respond to your subpoenas. We had quoted you a figure of $32.50/look up and, at least for now, we will stay at that rate.

FUTURE SUBPEONAS

With respect to future subpoenas, we request the following items:

- Please try to persuade the judges to not mandate a very short timetables for us to notify our customers. This created a lot of unnecessary waste and expense in the G2 subpoena.
- At the time you file your request for a discovery order, please simultaneously send to TWC a list of the associated IP addresses. This will allow us to do some preliminary identification work while the judge is considering your request. We will not provide notice to customers until we get the court order, but receipt of a pre-notice should allow us to decrease the amount of time between receipt of the signed order and notice to our customers;
- Today, our subpoena compliance team is working at full capacity with virtually all of the requests coming from law enforcement. Many of these requests relate to quite serious criminal issues such as child endangerment. Any time that TWC spends in responding to the requests that we receive from your clients, slows down our responses to law enforcement. While we understand that civil process and your clients' claims are important, we do not want to unduly delay law enforcement. The compromise that we propose is that you agree to limit the number of lookups per month that you send to TWC to a reasonable amount (say no more than 5% of the current law enforcement monthly volume (28 requests per month)). While this would still delay responses to law enforcement, it would be a relatively modest delay.

1

Please let me know your thoughts on the above.

Thank you.

Craig

This E-mail and any of its attachments may contain Time Warner
Cable proprietary information, which is privileged, confidential,
or subject to copyright belonging to Time Warner Cable. This E-mail
is intended solely for the use of the individual or entity to which
it is addressed. If you are not the intended recipient of this
E-mail, you are hereby notified that any dissemination,
distribution, copying, or action taken in relation to the contents
of and attachments to this E-mail is strictly prohibited and may be
unlawful. If you have received this E-mail in error, please notify
the sender immediately and permanently delete the original and any
copy of this E-mail and any printout.

**Subpoena Cost Study 3-2010**

Corporate

| | |
|---|---|
| Full-time employees: 4    Total Compensation: | $200,461 |
| % of time spent on responding to law enforcement queries regarding IP addresses: | 88% |
| Temporary employee: 1    Total Compensation: | $35,152 |
| % of time spent on responding to law enforcement queries regarding IP addresses: | 74% |
| Corporate Sr Director time spent on subpoena matters = 30%.  30% of total compensation = | $49,731 |
| Total annual Law Dept compensation: | $252,149 |
| Avg # of IP lookups per year (567/mth) = | 6,804 |
| Cost per lookup (Corporate time only) = | $37.00 |

Local Operations

| | |
|---|---|
| Average time spent in responding to a law enforcement query regarding IP addresses: | 20 minutes |
| Average hourly total compensation: | $24.00 |
| Local costs per IP address lookup: | $8.00 |
| Cost per lookup (Corporate and Local combined) = | **$45.00** |

\*\* Note – The above calculations only account for personnel costs relating to the processes relating to identification and responding to law enforcement.  This does not include the time required to provide pre-response notice to customers.  It also does not take into account non-personnel costs associated with this work such as facility, utilities and equipment.