EXHIBIT 4

## Nicholas Kurtz

| | |
|---|---|
| **From:** | Nicholas Kurtz |
| **Sent:** | Wednesday, April 14, 2010 5:05 PM |
| **To:** | 'Craig.Goldberg@twcable.com' |
| **Cc:** | Thomas M. Dunlap; Jeffrey Weaver |
| **Subject:** | Achte/Neunte Boll Kino Beteiligungs GMBH & Co. KG v. Does 1-2,094 |
| **Attachments:** | Document 6 Order Granting Plaintiff's Motion for Leave to Take Discovery Pre-26(f) Conference 3-23-10.pdf; Document 3 Motion for Leave to Take Discovery Pre Rule 26(f) Conference 3-18-10.pdf; Document 1-1 Exhibit A 3-18-10.pdf; Memorandum in Support of Motion for Leave Boll AG _Far Cry_.pdf; Complaint Boll AG _Far Cry_.pdf |

Mr. Goldberg:

Attached are the Complaint, motion for discovery, and order granting discovery related to the film "Far Cry."

Any agreements our firm made in the G2 Productions and Worldwide Film Entertainment cases applied specifically to those two films only. We extended the subpoena compliance dates and severely limited the number of IP address requests for those two films in an attempt to relieve any burden on Time Warner Cable as we worked together in forming a process and system to have Time Warner Cable eventually provide information responsive to all of our IP address requests in this case and future cases. As we have stated in letters and in conversation, we have provided the target IP addresses in an electronic format and have offered to meet with Time Warner Cable's IT/ research group and/or have our IT group write any scripts or other programs to obtain the requested information from in a more efficient and less time consuming manner. In fact, at the time we issued the first two subpoenas, we stated that we anticipated having literally thousands of additional IP address requests for a number of film companies and film titles on an on-going basis. However, Time Warner Cable has not taken us up on our offers or provided any solution that would allow it to comply with the subpoenas in a complete and timely manner.

Accordingly, for "Far Cry" and future cases, we simply cannot agree to limit our requested IP addresses to 28 per month. To do so would literally prevent us from completing discovery on the Doe Defendants for years, certainly not the 30 days the court stated should be the return date of the subpoena. Therefore, we propose that Time Warner Cable produce the required information for at least the IP addresses listed in Exhibit A to the Complaint by the requested date. We believe the order granting discovery allows us to subpoena IP addresses we have learned of since the filing of the complaint, as the first paragraph of our memorandum of points and authorities in support of the motion for discovery specifically requests the discovery "to determine the true identities of the Doe Defendants set forth on Exhibit A to the Complaint, as well as any other infringers that Plaintiff identifies during the course of this litigation, since Plaintiff's infringement monitoring efforts are on-going and continuing." However, to reduce the burden on Time Warner Cable at this time for Far Cry, we will accept the information for the IP addresses listed in the complaint and wait to serve you with a new subpoena for those IP addresses learned of since the filing of the complaint. Please let me know if this is acceptable.

Best Regards,

Nicholas A. Kurtz



DUNLAP | GRUBB | WEAVER

www.dglegal.com
199 Liberty St. SW
Leesburg, VA 20175
Phone: (703) 777-7319 / (202) 316-8558
Fax: (703) 777-3656 / (202) 318-0242
Confidentiality. This electronic message transmission contains information from the law firm of Dunlap, Grubb & Weaver and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (703) 777-7319 and reply transmission immediately, delete the message without copying or disclosing it. Thank you for your cooperation. Dunlap, Grubb & Weaver does not and will not represent you until you have signed a retainer agreement. Any response to an inquiry should not be relied upon as legal advice, unless Dunlap, Grubb & Weaver has agreed to enter into an attorney client relationship with you.  IRS Circular 230 Disclosure. To the extent this email contains federal tax advice, such advice was not intended to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

5/21/2010