EXHIBIT 5

# Thomas M. Dunlap

**From:** Thomas M. Dunlap
**Sent:** Tuesday, May 11, 2010 11:25 AM
**To:** Nicholas Kurtz; Alexander.Maltas@lw.com
**Cc:** Jeffrey Weaver
**Subject:** RE: Subpoenas to Time Warner Cable

Alexi,

I apologize for not getting your messages – but I did not have any as of Friday. I spent the entire day in Greenbelt Federal Court.

Thanks!

Tom

```
Best Regards,
Thomas M. Dunlap
Dunlap, Grubb & Weaver
202.316.8558  - 703.777.3885
dglegal.com
This message may be confidential or privileged. If you are not the intended recipient; any
disclosure, copying, or use of the contents is prohibited.  If you have received this e-mail
in error, please notify us and delete the message without copying or disclosing it.
```

---

**From:** Nicholas Kurtz
**Sent:** Tuesday, May 11, 2010 11:16 AM
**To:** Alexander.Maltas@lw.com
**Cc:** Thomas M. Dunlap; Jeffrey Weaver
**Subject:** RE: Subpoenas to Time Warner Cable

Alexi,

Are you available later today to discuss? If you can tell us what the issues are, we can have a more meaningful conversation.

Also, we are willing to enter into a stipulation extending the time by which Time Warner must file a motion to quash, giving both sides more time to meet and confer regarding the subpoenas. If that is acceptable for you and your client, please let me know.

Best regards,
Nick

---

**From:** Alexander.Maltas@lw.com [mailto:Alexander.Maltas@lw.com]
**Sent:** Tuesday, May 11, 2010 10:25 AM
**To:** Thomas M. Dunlap
**Subject:** Subpoenas to Time Warner Cable

Tom,

1

I've left three voice mail messages for you regarding the subpoenas that you served on Time Warner Cable/RoadRunner. We are preparing a motion to quash the subpoenas. I'd like to confer with you about the motion but have been unable to reach you. At this point, we are planning to file our motions today. Please give me a call – (202) 637-2295.

- Alexi Maltas

**Alexander Maltas**

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Direct Dial: +1.202.637.2295
Fax: +1.202.637.2201
Email: alexander.maltas@lw.com
http://www.lw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
To comply with IRS regulations, we advise you that any discussion of Federal tax issues
in this
e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid
any penalties
imposed under the Internal Revenue Code or (ii) to promote, market or recommend to
another party any
transaction or matter addressed herein.

For more information please go to  http://www.lw.com/docs/irs.pdf
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email may contain material that is confidential, privileged and/or attorney work
product for
the sole use of the intended recipient.  Any review, reliance or distribution by others
or forwarding
without express permission is strictly prohibited.  If you are not the intended
recipient, please
contact the sender and delete all copies.

Latham & Watkins LLP