EXHIBIT 6



**VERIZON LEGAL COMPLIANCE**
P O BOX 1001
SAN ANGELO, TX 76902 - 1001
Tax Id: 23-2259884 / Cage # 3HMR4
Phone: 888-483-2600

| Date | Invoice # |
|---|---|
| 05/13/2010 | 2010101205 |

| Bill To |
|---|
| DUNLAP GRUBB WEAVER, PLLC |
| 199 LIBERTY ST., SW |
| LEESBURG, VA. 20175 |

| | Account # | Due Date | Close Date | File/Docket # | Requesting Attorney/Agent |
|---|---|---|---|---|---|
| | VA57622 | 06/12/2010 | 04/15/2010 | 1:10-CV-00453-RMC | NICHOLAS KURTZ |

| Case No. | Description | Rate | Num Hours | Amount |
|---|---|---|---|---|
| 10266310 000 | IP Transaction Search | $75.00 / Hour | 63 | $4,725.00 |
| | 71.173.191.38 71.112.242.69 | | | $0.00 |
| | 71.187.171.83 74.105.30.204 | | | $289.00 |
| | 173.54.191.89 173.65.98.107 | | | |
| | 71.113.210.142 70.16.122.15 | | | |
| | 71.165.231.60 71.123.132.50 | | | |
| | 173.52.123.95 71.180.183.196 | | | |
| | 151.205.55.63 72.74.93.78 | | | |
| | 71.105.61.88 72.93.72.53 | | | |
| | 72.89.202.201 72.64.98.249 | | | |
| | 96.242.254.86 71.249.101.251 | | | |
| | 96.244.180.114 70.109.30.4 | | | |
| | 96.235.230.14 96.238.182.243 | | | |
| | 71.98.127.177 71.107.10.136 | | | |
| | 72.65.132.112 71.180.247.238 | | | |
| | 71.125.97.39 96.224.97.108 | | | |
| | 71.108.6.131 141.157.14.73 | | | |
| | 70.109.27.115 96.229.213.178 | | | |
| | 71.183.178.155 70.23.97.249 | | | |
| | 70.109.13.30 96.255.134.213 | | | |
| | 72.89.75.10 96.250.155.231 | | | |
| | 71.173.245.196 138.88.226.83 | | | |
| | 71.178.159.251 71.113.148.37 | | | |
| | 71.119.61.140 72.76.156.203 | | | |
| | 71.107.103.218 72.76.167.39 | | | |
| | 71.97.207.220 71.182.213.7 | | | |
| | 72.67.12.42 71.173.177.148 | | | |
| | 72.64.227.121 71.109.234.191 | | | |
| | 96.250.44.160 71.251.175.87 | | | |
| | 72.77.128.69 72.70.201.230 | | | |
| | 71.123.220.202 71.122.130.188 | | | |
| | 96.239.68.200 72.87.10.54 | | | |

72.91.144.192 71.183.127.135
71.185.123.10 96.227.2.239
96.248.151.142 71.185.127.251
72.66.225.193 71.99.94.72
96.246.6.198 71.255.70.249
96.228.85.2 71.120.109.50
71.244.238.26 96.246.181.17
96.251.123.51 71.190.155.184
71.173.59.248 71.115.168.190
71.105.92.217 71.181.132.83
98.115.239.218 71.173.181.88
71.250.33.249 96.229.50.172
173.76.165.6 96.234.3.66
71.186.9.41 96.236.8.176
96.227.3.142 71.191.253.64
96.231.87.201 173.59.68.121
68.163.190.90 96.239173.24
71.173.179.237 71.127.46.171
173.71.202.4 71.163.244.67
71.186.1.194 71.164.108.135
72.69.216.120 71.112.51.94
68.163.199.37 71.251.88.69
71.105.60.110 71.186.181.218
72.70.138.154 70.16.66.103
96.235.15.211 71.98.87.205
96.244.85.185 70.110.198.132
70.106.46.27 71.125.29.162
71.109.170.43 71.255.13.129
72.81.104.212 71.115.183.81
72.74.109.162 71.112.211.7
71.173.177.232 68.236.252.76
70.22.121.26 72.69.238.214
72.95.158.191 138.88.45.74
138.88.13.235 71.127.170.64
71.163.168.228 71.165.217.99
71.251.145.249 70.110.179.247
72.95.63.66 71.182.237.242
71.98.48.244 70.20.242.131
96.248.0.82 96.225.239.28
96.244.85.33 72.83.116.41
162.83.152.233 96.224.147.35
71.97.151.31 71.169.113.212
96.232.82.163 71.191.8.149
71.100.18.163 71.180.142.149
68.163.148.133 71.182.186.226
72.90.58.46 96.243.156.28
173.74.251.128 71.105.108.92
68.163.232.156 71.164.175.206
71.173.243.244 71.250.166.58
72.86.110.186 96.227.13.22
72.68.137.240 72.73.230.41

```
96.243.240.3 173.60.124.28
72.68.157.220 72.77.77.17
71.183.173.141 96.252.232.123
71.173.188.10 173.64.125.73
68.238.15.78 71.183.163.42
96.252.214.14 71.104.170.38
68.238.68.251 71.182.238.215
72.73.64.69 71.108.14.128
72.93.84.75 72.95.55.174
72.69.83.85 72.66.36.250
96.232.145.180 71.189.156.233
71.173.161.197 96.230.106.196
173.50.70.41 98.112.75.151
70.110.84.18 72.87.40.220
72.69.251.92 96.251.153.59
71.173.170.169 71.245.115.146
70.107.180.4 96.238.141.172
72.92.89.65 72.77.97.168
71.107.94.20 151.196.170.174
72.67.20.200 64.223.96.104
72.81.210.59 71.110.74.13
96.233.49.83 72.95.60.65
72.77.106.7 72.95.51.93
72.69.98.239 71.186.202.95
71.164.87.175 71.97.17.10
72.95.56.68 71.246.151.185
96.237.250.33 71.110.88.171
71.254.171.50 98.112.176.53
96.253.222.96 71.173.166.50
173.68.103.198 71.173.170.26
96.247.150.153 173.73.99.8
173.55.131.60 96.253.6.176
64.223.97.177 68.163.180.203
71.173.181.172 70.107.9.230
71.246.250.23 141.149.60.237
71.246.16.44 173.66.187.89
72.93.173.66 173.61.121.185
71.107.7.35 173.65.23.125
173.55.252.186 98.111.98.125
72.95.55.180 173.52.228.73
71.113.159.249 173.56.100.26
74.100.64.10 71.96.150.179
71.117.102.95 173.51.166.188
71.173.172.47 173.79.98.221
173.79.140.181 74.100.130.154
151.203.77.147 72.95.56.180
71.127.66.123 72.90.90.136
173.74.244.165 96.228.129.25
72.90.105.104 71.118.203.190
71.115.166.54 98.111.98.79
173.79.140.104 72.73.161.56
```

| | | | | |
|---|---|---|---|---|
| | 71.108.125.93 72.68.138.223<br>98.117.125.113 96.229.57.7<br>71.251.59.203 71.96.237.34<br>70.19.187.128 173.69.144.10<br>173.48.100.13 72.95.56.146<br>173.55.144.99 71.113.252.37<br>71.251.49.71 72.93.84.113<br>71.173.162.165 71.98.141.115<br>173.54.251.38 71.254.177.42<br>141.149.114.15 72.86.76.125<br>71.247.38.23 71.173.179.78<br>71.125.121.62 71.172.209.223<br>71.251.42.190 71.96.66.191<br>71.97.138.98 71.251.40.129<br>96.245.174.70 72.93.84.241<br>72.66.1.219 71.175.70.43<br>64.223.122.17 173.54.109.131<br>173.79.86.89 71.123.161.28<br>173.70.170.76 71.126.0.181<br>72.95.48.242 74.101.149.74<br>71.189.16.182 71.113.133.16<br>71.181.130.208 96.243.55.158<br>72.66.1.203 173.78.47.30<br>71.100.181.19 96.247.182.127<br>72.84.11.174 173.55.34.101<br>173.53.219.131 71.173.140.234<br>72.84.141.241 173.68.108.39<br>96.246.247.56 72.79.198.116<br>71.171.24.36 173.79.93.38<br>173.56.170.163 71.163.143.91<br>72.69.107.254 71.124.112.221<br>98.116.47.3 74.98.71.6<br>71.116.69.66 71.179.164.240<br>98.114.219.138 71.103.36.153<br>70.109.55.181 173.62.225.193<br>173.77.207.115 71.123.143.147<br>173.64.129.160 71.105.54.105<br>72.89.178.9 71.99.3.23<br>72.67.20.15<br>Disk (1)<br>Shipping | | | | |

| | |
|---|---|
| Total | $5,014.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,014.00 |

---

Please cut along dotted line, submit bottom portion with your payment, retain top portion for your records.

| Invoice # | Account # | Amount Due | Payment Due Date | Amount Enclosed |
|---|---|---|---|---|
| | | | | |

| 2010101205 | VA57622 | $5,014.00 | 06/12/2010 | |

DUNLAP GRUBB WEAVER, PLLC
199 LIBERTY ST., SW
LEESBURG, VA. 20175
Attn:

**Make check payable to:**
Verizon
Security Manager
P O BOX 1001
SAN ANGELO, TX 76902 - 1001
Tax Id: 23-2259884 / Cage # 3HMR4