IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST BAY ONE, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DOES 1-2,000 | )   CA. 1:10-cv-00481-RMU ) |
| Defendant. | ) ) ) |

**(PROPOSED) ORDER**

The motion of the Electronic Frontier Foundation, Public Citizen, American Civil Liberties Union Foundation, and American Civil Liberties Union of the Nation's Capital for leave to file an *amici curiae* brief in support of Time Warner Cable's Motion to Quash or Modify Subpoena is GRANTED.

Dated: June __, 2010                                    _____
                                                        United States District Judge

1