DOCUMENT UNDER SEAL

# WEST BAY ONE, INC.
# V.
# DOES 1-2000

# CERTIFICATION OF JOHN DOE DEFENDANT
# (96.242.241.152)

I hereby certify that I am Eric Struble, a John Doe defendant and my IP address is 96.242.241.152. My address is 85 Whittley Ave. Apt. B, West orange, New Jersey, telephone number (732) 770-2087 and e-mail address is eric.m.struble@gmail.com . . The John Doe signature appearing on the moving papers is my signature. I hereby certify that the facts as contained in my notice of motion and certification are true. If any of the foregoing statements are false, I am subject to punishment.

Dated: May 29, 2010

**RECEIVED**

JUN - 2 2010

Clerk, U.S. District and
Bankruptcy Courts

Eric Struble Defendant prose
IP address 96.242.241.152

# DOCUMENT UNDER SEAL

IP Address- 96.242.241.152
John Doe

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WEST BAY ONE, INC.,      Civil Action N0. 1;10-cv- 00481-JDB
Plaintiff,

v.                       **NOTICE OF MOTION**

Does 1-2000
Defendants

---

**NOTICE OF MOTION: 1) TO SEAL INDENTITY AND MOVING PAPER , 2) TO PROCEED UNDER PSEUDONYM (JOHN DOE) AND 3) TO QUASH SUBPEONA**

---

To:
1. Clerk US District Court for the District of Columbia
2. Nicholas A. Kurtz, Esq., Dunlap, Grubb & Weaver, PLLC, 32199 Liberty Street, SW Leesburg, VA 20175, attorneys for plaintiff.
3. Verizon Legal Compliance, TX001613, 2701 S. Johnson Street, San Angelo, TX 76904

    Please take notice that the defendant John Doe (IP address (96.242.241.152) shall move before the US District Court for the District of Columbia, on   , 2010, at   , for an order sealing identity and motion papers, requesting permission to proceed under pseudonym (John Doe) and to quash subpoena.

    Defendant John Doe shall rely upon the attached certification with legal arguments in support of this motion.

    Defendant has provided a full name, address, email and telephone number under separate cover under seal.

_/s/ John Doe_

JOHN DOE DEFENDANT- IP address -96.242.241.152   Dated: May 29, 2010

# DOCUMENT UNDER SEAL

IP Address- 96.242.241.152
John Doe

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WEST BAY ONE, INC.,    Civil Action N0. 1;10-cv- 00481-JDB
Plaintiff,

v.                     **NOTICE OF MOTION**

Does 1-2000
Defendants

**NOTICE OF MOTION: 1) TO SEAL INDENTITY AND MOVING PAPER , 2) TO PROCEED UNDER PSEUDONYM (JOHN DOE) AND 3) TO QUASH SUBPEONA**

To:
1. Clerk US District Court for the District of Columbia
2. Nicholas A. Kurtz, Esq., Dunlap, Grubb & Weaver, PLLC, 32199 Liberty Street, SW Leesburg, VA 20175, attorneys for plaintiff.
3. Verizon Legal Compliance, TX001613, 2701 S. Johnson Street, San Angelo, TX 76904

Please take notice that the defendant John Doe (IP address (96.242.241.152) shall move before the US District Court for the District of Columbia, on     , 2010, at     , for an order sealing identity and motion papers, requesting permission to proceed under pseudonym (John Doe) and to quash subpoena.

Defendant John Doe shall rely upon the attached certification with legal arguments in support of this motion.

Defendant has provided a full name, address, email and telephone number under separate cover under seal.

_/s/ John Doe_
JOHN DOE DEFENDANT- IP address -96.242.241.152   Dated: May 29, 2010

# DOCUMENT UNDER SEAL

JOHN DOE
IP Address- 96.242.241.152

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WEST BAY ONE, INC.,        Civil Action N0. 1;10-cv- 00481-JDB
Plaintiff,

v.                         **CERTIFICATION OF JOHN DOE**

Does 1-2000
Defendants

1. Defendant, John Doe hereby certifies to the following facts in support of a motion to seal, proceed under pseudonym and to quash subpoena.

2. I am the defendant identified in motion papers and have provided my full name, address and telephone number by separate letter to the clerk under seal pending my motion to have identity and moving papers filed under seal. I waive oral argument and submit this motion for a decision on my papers.

3, I request an order to proceed in this action under seal under **Local Civil Rule 5.1(e)(1)** It is requested that the separate letter containing my personal and private information be placed under seal and not be available to the public or counsel for plaintiff. I further request that I be permitted to proceed under the pseudonym John Doe ( 96.242.241.152).

4.      I am the owner of the IP address - 96.242.241.152, but the letter enclosing the subpoena to Verizon Internet was not addressed to me. I am answering because I am the owner of the IP address. I did not download or up load the movie mentioned in the subpoena. I do not wish to have my personal internet identity disclosed by Verizon. Access to my IP address would provide access to my personal identification information if Verizon is required to disclose this information. This is against the important interest of subscribers and those on the internet to use it while protecting their right to remain anonymous and private.

5.      The legal basis for my request is based upon the court's ruling in <u>G2 Productions v. Doe</u>, civil action # 10-041 (CKK), US District Court for The <u>District of Columbia</u>, decided April 12, 2010 and the order issued on May 10, 2010 in the same case. In the first order, that case dealt with similar types of facts and motion to quash a subpoena as in our case. In that matter the District Court granted the John Doe motion to proceed under pseudonym and granted the motion to quash the subpoena. In the second order, one of the reasons the court denied the motion to quash was that there was no motion to seal the record and identity. It is a catch 22 situation when a party submitting a motion to keep information confidential must at the same time be required to sign the moving papers and provide a name and address which would directly connect him to an IP address that is now only in possession of the ISP, Verizon. If I do not sign my papers they will not be accepted as valid under federal rule 11. That rule provides that all papers must be signed. I have signed the moving papers and my signature and verification of my certification are

provided under a separate letter under seal. If the plaintiff's attorney wishes to send a response to this motion, he can send it to the Legal Compliance Department of Verizon and I will contact them to request a copy.

6.  I therefore, request that the court seal the record in this matter under Local Rule 5.1 (J) (l). I can then proceed under a pseudonym with my motion to quash the subpeona issued to Verizon.

7.  I was informed that TimeWarner submitted a motion to quash on behalf of their subscribers and themselves which was filed on May 17, 2010. I was also informed by Verizon in a letter dated May 18, 2010 that a subpoena was issued to them. Exhibit D1. The letter states that they will not disclose information if a motion to quash is filed by 12:00 p.m. on **June 3, 2010**. To my surprise, they informed me that they would not object to the subpoena, contrary to the actions of Time Warner.

8.  I do not know if my IP address is one of the addresses mentioned or attached in the complaint as I do not have a copy of it. I have attached a copy of the subpoena sent by Verizon. They also informed me that the my IP address may be used by others as it is referred to as a "dynamic address." If this is the case, the court should not disclose any names matching that address in the interest of protecting internet privacy.

9.  I researched on the internet and discovered case law that holds that an internet server is not required to submit the personal information that can be obtained from an PI

address where a subpoena is issued. That case even dealt with Verizon Internet Services. It was determined that the Copyright Act, section 512 (h), regarding subpoenas, did not cover an internet carrier who did not store information, but was merely a conduit for internet use between internet subscribers' personal computers See, Recording Ind. Ass'n of Am. v. Verizon Internet Servs., Inc., 351 F.3d 1229, 1232 (D.C. Cir. 2003), *petition for cert. filed*, 2004 WL 1175134 (U.S.May 24, 2004) (No. 03-1579). The matter was appealed to the United States Supreme Court and the court refused to hear the case and the court of appeals decision remained the law of the land. That decision was affirmed in In re Charter Communications, Inc., 393 F.3d 771, 73 U.S.P.Q.2d 1339 (8th Cir. 01/04/2005)

10. Based upon this law, there is no legal basis for the subpoena under this statute. Since there is a lack of legal basis for a subpoena, the court should grant the motion to seal, and to proceed under a psuedonym in order to protect the privacy interests in this case.

11. Additionally, the subpoena is defective under federal rule 45 in that it does not contain the written notice provisions of Rule 45 (c) and (d). The subpoena I received did not tell me my rights as required by law. See attached subpoena. The same is true for the possible hundreds of other John or Jane Does who received copies of this subpoena and therefore did not have the knowledge to respond.

12. The subpoena is also invalid as the copy I received was signed by the attorney for plaintiff and not the Court Clerk, The Copyright Act, SECTION 512 (h) (1-4) ,Subpoena To Identify Infringer states that a subpoena for a unidentified John Doe must be issued by the **Court Clerk** and supported with an affidavit and the appropriate notice to the ISP. The subpoena attached does not meet these legal requirements and should therefore be quashed by this court.

13. I request that this motion to quash be granted based upon the law and facts in this case

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ John Doe*

**John Doe pro se ( 96.242.241.152)**

Dated May 29, 2010

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| West Bay One, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-00481-JDB |
| Does 1-2,000 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Verizon Legal Process Compliance, Attn: Custodian of Records, TXD01613, P.O. Box 1001, San Angelo, TX 76902, Fax: 325-949-6916, security@verizon.net

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet (paper and CD formats). Let us know the preferred format to provide data - we will provide data in the most efficient and cost effective format.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC<br>199 Liberty Street S.W., Leesburg, VA 20175 | Date and Time:<br><br>05/21/2010 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___04/28/2010___

*CLERK OF COURT*

OR _____[signature]_____

_____       _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Plaintiff___
West Bay One, Inc. _____, who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 199 Liberty Street S.W., Leesburg, VA 20175,
Tel: 703-777-7319, Fax: 703-777-3656, email: subpoena@dgwlegal.com

| Host IP address | Hit Date (UTC) | Related Title | ISP |
|---|---|---|---|
| 96.248.230.136 | 11/1/09 02:14:47 AM | The Steam Experiment | Verizon Internet Services |
| 96.254.57.2 | 11/1/09 05:41:45 AM | The Steam Experiment | Verizon Internet Services |
| 96.238.129.94 | 11/1/09 05:55:31 PM | The Steam Experiment | Verizon Internet Services |
| 72.86.119.225 | 11/1/09 07:17:55 PM | The Steam Experiment | Verizon Internet Services |
| 72.88.140.111 | 11/4/09 04:38:27 AM | The Steam Experiment | Verizon Internet Services |
| 96.248.105.229 | 11/5/09 01:05:49 AM | The Steam Experiment | Verizon Internet Services |
| 75.208.34.75 | 11/5/09 03:30:23 AM | The Steam Experiment | Cellco Partnership DBA Verizon W |
| 71.242.163.92 | 11/5/09 04:45:08 PM | The Steam Experiment | Verizon Internet Services |
| 71.121.66.165 | 11/6/09 01:15:37 AM | The Steam Experiment | Verizon Internet Services |
| 96.242.241.152 | 11/7/09 03:17:06 AM | The Steam Experiment | Verizon Internet Services |
| 70.212.224.17 | 11/7/09 04:53:32 AM | The Steam Experiment | Cellco Partnership DBA Verizon W |
| 71.246.192.22 | 11/7/09 11:06:59 AM | The Steam Experiment | Verizon Internet Services |
| 71.101.162.233 | 11/7/09 11:29:30 AM | The Steam Experiment | Verizon Internet Services |
| 70.16.194.239 | 11/7/09 02:35:57 PM | The Steam Experiment | Verizon Internet Services |
| 141.152.54.124 | 11/7/09 02:55:07 PM | The Steam Experiment | Verizon Internet Services |
| 71.105.254.177 | 11/7/09 11:18:19 PM | The Steam Experiment | Verizon Internet Services |
| 96.238.244.187 | 11/8/09 02:40:20 AM | The Steam Experiment | Verizon Internet Services |
| 96.229.219.116 | 11/8/09 03:05:05 AM | The Steam Experiment | Verizon Internet Services |
| 71.255.222.244 | 11/8/09 05:02:17 AM | The Steam Experiment | Verizon Internet Services |
| 71.161.59.83 | 11/8/09 05:45:18 AM | The Steam Experiment | Verizon Internet Services |
| 72.79.66.150 | 11/8/09 06:29:02 AM | The Steam Experiment | Verizon Internet Services |
| 72.95.99.219 | 11/8/09 06:47:13 PM | The Steam Experiment | Verizon Internet Services |
| 72.82.252.32 | 11/8/09 08:04:15 PM | The Steam Experiment | Verizon Internet Services |
| 71.102.17.38 | 11/9/09 12:01:52 AM | The Steam Experiment | Verizon Internet Services |
| 141.158.154.141 | 11/9/09 01:33:21 AM | The Steam Experiment | Verizon Internet Services |
| 75.210.183.122 | 11/9/09 03:52:02 AM | The Steam Experiment | Cellco Partnership DBA Verizon Wir |
| 71.125.167.64 | 11/9/09 02:33:45 PM | The Steam Experiment | Verizon Internet Services |
| 71.97.111.94 | 11/9/09 03:46:49 PM | The Steam Experiment | Verizon Internet Services |
| 70.111.54.212 | 11/10/09 02:25:58 AM | The Steam Experiment | Verizon Internet Services |
| 71.97.112.20 | 11/10/09 05:13:35 PM | The Steam Experiment | Verizon Internet Services |
| 72.81.39.151 | 11/12/09 12:34:41 AM | The Steam Experiment | Verizon Internet Services |
| 72.79.188.121 | 11/12/09 02:12:45 AM | The Steam Experiment | Verizon Internet Services |
| 71.177.164.5 | 11/12/09 02:28:12 AM | The Steam Experiment | Verizon Internet Services |
| 96.253.117.78 | 11/12/09 04:01:35 AM | The Steam Experiment | Verizon Internet Services |
| 70.196.88.118 | 11/13/09 12:02:31 AM | The Steam Experiment | Cellco Partnership DBA Verizon Wir |
| 71.241.176.89 | 11/13/09 02:26:03 AM | The Steam Experiment | Verizon Internet Services |
| 72.65.99.57 | 11/13/09 10:04:23 PM | The Steam Experiment | Verizon Internet Services |
| 70.106.198.233 | 11/13/09 10:10:23 PM | The Steam Experiment | Verizon Internet Services |
| 75.216.243.184 | 11/14/09 01:51:04 AM | The Steam Experiment | Cellco Partnership DBA Verizon Wir |
| 96.224.241.164 | 11/14/09 03:47:26 AM | The Steam Experiment | Verizon Internet Services |
| 96.233.230.185 | 11/14/09 07:00:21 PM | The Steam Experiment | Verizon Internet Services |
| 71.117.241.3 | 11/16/09 08:27:24 AM | The Steam Experiment | Verizon Internet Services |
| 71.166.86.154 | 11/17/09 09:56:16 PM | The Steam Experiment | Verizon Internet Services |
| 71.253.66.18 | 11/18/09 03:48:37 AM | The Steam Experiment | Verizon Internet Services |
| 71.180.56.20 | 11/18/09 06:03:33 AM | The Steam Experiment | Verizon Internet Services |
| 71.126.156.18 | 11/18/09 11:51:55 PM | The Steam Experiment | Verizon Internet Services |
| 71.126.76.142 | 11/19/09 12:13:28 AM | The Steam Experiment | Verizon Internet Services |
| 72.88.153.18 | 11/19/09 01:17:35 AM | The Steam Experiment | Verizon Internet Services |
| 96.226.117.88 | 11/19/09 07:31:42 AM | The Steam Experiment | Verizon Internet Services |
| 71.123.139.140 | 11/21/09 02:20:10 AM | The Steam Experiment | Verizon Internet Services |
| 71.249.16.41 | 11/21/09 06:42:27 AM | The Steam Experiment | Verizon Internet Services |
| 96.244.119.124 | 11/21/09 08:06:28 AM | The Steam Experiment | Verizon Internet Services |
| 96.225.254.181 | 11/21/09 12:22:15 PM | The Steam Experiment | Verizon Internet Services |
| 71.114.13.53 | 11/21/09 03:09:25 PM | The Steam Experiment | Verizon Internet Services |
| 71.174.4.187 | 11/22/09 01:16:45 AM | The Steam Experiment | Verizon Internet Services |
| 71.119.51.188 | 11/22/09 02:51:14 AM | The Steam Experiment | Verizon Internet Services |
| 72.86.78.192 | 11/22/09 04:03:51 AM | The Steam Experiment | Verizon Internet Services |
| 70.16.87.128 | 11/22/09 05:58:34 AM | The Steam Experiment | Verizon Internet Services |
| 96.238.9.8 | 11/24/09 12:57:16 PM | The Steam Experiment | Verizon Internet Services |
| 96.248.107.241 | 11/25/09 12:23:58 AM | The Steam Experiment | Verizon Internet Services |
| 71.123.3.122 | 11/26/09 05:26:06 AM | The Steam Experiment | Verizon Internet Services |
| 96.229.210.4 | 11/27/09 04:02:09 AM | The Steam Experiment | Verizon Internet Services |
| 71.179.238.238 | 11/27/09 08:11:33 AM | The Steam Experiment | Verizon Internet Services |
| 71.166.205.127 | 11/27/09 10:34:43 AM | The Steam Experiment | Verizon Internet Services |
| 72.95.147.38 | 11/28/09 07:15:13 AM | The Steam Experiment | Verizon Internet Services |
| 71.117.141.11 | 11/28/09 08:19:17 AM | The Steam Experiment | Verizon Internet Services |
| 68.162.112.68 | 11/30/09 07:48:22 AM | The Steam Experiment | Verizon Internet Services |
| 96.248.148.221 | 11/30/09 08:56:30 PM | The Steam Experiment | Verizon Internet Services |
| 96.252.154.23 | 12/1/09 03:18:09 AM | The Steam Experiment | Verizon Internet Services |
| 64.222.243.128 | 12/1/09 05:18:05 AM | The Steam Experiment | Verizon Internet Services |
| 75.218.191.92 | 12/2/09 11:09:01 AM | The Steam Experiment | Cellco Partnership DBA Verizon Wir |
| 71.99.123.151 | 12/2/09 10:41:14 PM | The Steam Experiment | Verizon Internet Services |
| 71.104.135.222 | 12/3/09 12:19:47 AM | The Steam Experiment | Verizon Internet Services |

| IP Address | Date/Time | Title | ISP |
|---|---|---|---|
| 71.103.32.138 | 12/5/09 12:04:40 AM | The Steam Experiment | Verizon Internet Services |
| 71.191.30.238 | 12/6/09 01:14:26 AM | The Steam Experiment | Verizon Internet Services |
| 72.90.48.67 | 12/6/09 02:49:32 AM | The Steam Experiment | Verizon Internet Services |
| 96.244.120.242 | 12/6/09 03:26:26 AM | The Steam Experiment | Verizon Internet Services |
| 96.238.134.157 | 12/6/09 01:24:45 PM | The Steam Experiment | Verizon Internet Services |
| 151.199.147.246 | 12/9/09 07:25:27 AM | The Steam Experiment | Verizon Internet Services |
| 71.168.84.195 | 12/10/09 06:50:00 AM | The Steam Experiment | Verizon Internet Services |
| 98.228.105.60 | 12/11/09 01:14:06 AM | The Steam Experiment | Verizon Internet Services |
| 199.172.226.3 | 12/11/09 04:44:40 PM | The Steam Experiment | Verizon Business |
| 71.246.129.206 | 12/11/09 10:33:22 PM | The Steam Experiment | Verizon Internet Services |
| 72.88.65.190 | 12/12/09 03:56:30 AM | The Steam Experiment | Verizon Internet Services |
| 76.197.55.63 | 12/13/09 01:29:00 AM | The Steam Experiment | Cellco Partnership DBA Verizon Wir |
| 71.163.199.174 | 12/13/09 10:35:48 PM | The Steam Experiment | Verizon Internet Services |
| 71.101.42.150 | 12/14/09 05:39:37 AM | The Steam Experiment | Verizon Internet Services |
| 70.223.152.104 | 12/16/09 12:16:04 PM | The Steam Experiment | Cellco Partnership DBA Verizon Wir |
| 96.235.16.69 | 12/18/09 01:37:15 AM | The Steam Experiment | Verizon Internet Services |
| 70.18.157.28 | 12/18/09 09:25:51 AM | The Steam Experiment | Verizon Internet Services |
| 72.87.230.227 | 12/20/09 11:40:54 PM | The Steam Experiment | Verizon Internet Services |
| 72.68.168.25 | 12/21/09 01:45:44 PM | The Steam Experiment | Verizon Internet Services |
| 72.54.37.219 | 12/21/09 08:50:15 PM | The Steam Experiment | Verizon Internet Services |
| 96.228.207.207 | 12/22/09 06:57:54 PM | The Steam Experiment | Verizon Internet Services |
| 96.252.121.73 | 12/23/09 01:20:36 AM | The Steam Experiment | Verizon Internet Services |
| 96.244.178.241 | 12/24/09 03:40:50 AM | The Steam Experiment | Verizon Internet Services |
| 72.66.235.206 | 12/24/09 05:47:46 PM | The Steam Experiment | Verizon Internet Services |
| 71.104.106.21 | 12/25/09 01:43:51 AM | The Steam Experiment | Verizon Internet Services |
| 71.185.132.99 | 12/25/09 06:01:51 AM | The Steam Experiment | Verizon Internet Services |
| 96.245.3.17 | 12/25/09 08:23:52 PM | The Steam Experiment | Verizon Internet Services |
| 72.64.231.207 | 12/26/09 06:11:59 AM | The Steam Experiment | Verizon Internet Services |
| 71.165.139.66 | 12/27/09 01:27:29 AM | The Steam Experiment | Verizon Internet Services |
| 173.49.52.210 | 12/28/09 12:29:24 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 98.114.26.47 | 12/28/09 04:15:26 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.55.201.210 | 12/29/09 10:59:21 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.173.243.25 | 12/29/09 11:01:11 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 72.92.106.134 | 12/31/09 01:10:07 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.70.232.62 | 1/1/10 01:50:50 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.116.239.141 | 1/2/10 01:02:28 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 72.81.9.5 | 1/2/10 06:08:39 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.115.145.229 | 1/3/10 01:53:40 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.191.7.191 | 1/4/10 02:47:46 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 151.196.6.238 | 1/5/10 02:53:35 AM | The Steam Experiment | Verizon Internet Services |
| 173.51.136.191 | 1/6/10 07:40:59 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.110.246.194 | 1/6/10 09:46:04 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 96.250.253.151 | 1/8/10 12:19:24 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 72.95.3.186 | 1/8/10 03:32:09 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 96.248.180.205 | 1/8/10 12:02:41 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.56.53.176 | 1/8/10 07:17:13 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.76.63.99 | 1/9/10 06:18:23 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.110.134.239 | 1/10/10 03:34:18 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 151.199.150.86 | 1/10/10 07:02:09 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 72.87.11.240 | 1/12/10 06:45:17 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 96.228.86.217 | 1/12/10 07:49:00 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.68.231.5 | 1/13/10 12:19:21 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.110.142.125 | 1/14/10 08:24:21 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.53.78.44 | 1/24/10 02:57:08 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 96.224.137.133 | 1/26/10 03:59:15 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 98.113.151.35 | 1/27/10 04:25:44 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.70.233.148 | 1/29/10 05:45:38 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 96.249.35.155 | 2/2/10 02:27:57 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.115.20.253 | 2/4/10 07:12:22 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.76.60.113 | 2/7/10 01:15:43 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.125.72.159 | 2/10/10 01:13:38 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 96.115.20.202 | 2/11/10 01:48:27 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.63.185.14 | 2/12/10 01:01:33 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 74.101.214.93 | 2/12/10 06:10:03 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.68.106.53 | 2/15/10 06:22:40 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 72.78.113.183 | 2/17/10 06:20:04 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 72.79.216.252 | 2/17/10 09:57:51 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 74.98.252.62 | 2/21/10 06:26:03 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.164.148.41 | 2/21/10 10:53:58 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 72.84.144.20 | 2/22/10 04:45:12 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 98.112.41.28 | 2/22/10 04:05:34 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.165.86.60 | 2/25/10 06:56:16 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 96.114.169.236 | 2/26/10 04:51:26 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 96.111.59.48 | 2/27/10 12:57:55 AM | The Steam Experiment | Verizon Internet Services Inc. |

| IP Address | Date/Time | Title | ISP |
|---|---|---|---|
| 71.249.117.252 | 2/27/10 04:27:33 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 71.167.34.251 | 3/4/10 12:10:47 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 72.74.12.180 | 3/5/10 12:24:45 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.76.113.175 | 3/5/10 09:15:30 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 151.199.27.149 | 3/7/10 04:28:50 PM | The Steam Experiment | Verizon Internet Services |
| 72.87.13.135 | 3/8/10 02:09:40 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.65.50.80 | 3/8/10 02:24:26 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.70.163.148 | 3/9/10 01:01:45 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 98.113.124.153 | 3/10/10 10:48:45 AM | The Steam Experiment | Verizon Internet Services Inc |
| 173.66.46.85 | 3/11/10 12:28:35 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 173.50.133.242 | 3/11/10 10:42:49 AM | The Steam Experiment | Verizon Internet Services Inc. |
| 70.22.69.111 | 3/11/10 05:34:48 PM | The Steam Experiment | Verizon Internet Services Inc |
| 141.151.247.37 | 3/13/10 06:32:05 AM | The Steam Experiment | Verizon Internet Services |
| 71.245.86.128 | 3/13/10 05:15:38 PM | The Steam Experiment | Verizon Internet Services Inc. |
| 72.88.130.16 | 3/20/10 12:43:56 PM | The Steam Experiment | Verizon Internet Services Inc. |