William J. Wright
P.O. Box 1442
Coos Bay, OR 97420
May 24, 2010

**United States District Court for the
District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W. Room 1225
Washington, D.C. 20001**

*[handwritten: Let this be FILED as motion to quash. RMC 6/3/10]*

Re: Civil action 1:10-cv-00481-JDB. *[JDB struck through, RMC handwritten]*
    West Bay One, Inc. v. Does 1-2000; CA No.1:10-cv-00481-JDB. *[JDB struck through, RMC handwritten]*
    "Court order demanding identity information regarding your charter
    high-speed account".

Dear Sir or Madam:

Please be advised that my wife and I strongly and formally oppose the release of our information called for by the U.S. District Court for the District of Columbia. Our I.P. Address is 68.118.60.210

My wife and I are both 69 years old and the only occupants of this location. Charter personnel installed the high speed equipment for our internet connection and we have made no modifications to it. If it had any features that made it vulnerable to "hacking", we had no knowledge of that. This internet technology is way above our abilities to deal with.

Respectfully

*[signature: William J Wright]*
William J. Wright
Email: wrightcb@charter.net
Phone: 541 267 2588