UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST BAY ONE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 - 2000, )<br>)<br>Defendants. )<br>) | Civil Action No. 10-481 (RMC) |

**ORDER**

For the reasons stated on the record in court on June 30, 2010, it is hereby

**ORDERED** that Plaintiff's motion [Dkt. # 22] to strike supplemental affidavit [Dkt. # 21] is **DENIED**; and it is

**FURTHER ORDERED** that the Court's order to show cause issued June 7, 2010, is **DISCHARGED**; and it is

**FURTHER ORDERED** that, at this juncture, the numerous Doe Defendants are not severed due to misjoinder, but they may be severed in the future; and it is

**FURTHER ORDERED** that the return date for all subpoenas for which returns have not been made is hereby **SUSPENDED** pending further order of the Court; and it is

**FURTHER ORDERED** that no later than July 15, 2010, Plaintiff, amici filers, and Time Warner Cable shall file a joint proposed notice to be provided by internet service providers who are the subject of the subpoenas in this case to their customers who are associated with the 2000

IP addresses set forth in Exhibit A to the Complaint [Dkt. # 1]; and it is

**FURTHER ORDERED** that Plaintiffs shall not seek identifying information relating to IP addresses not already identified in the Complaint [Dkt. # 1] without prior approval of the Court.

**SO ORDERED**.

Date:  July 2, 2010                                    /s/
ROSEMARY M. COLLYER
United States District Judge