# EXHIBIT B

**READ AT ONCE**

**COURT-DIRECTED NOTICE
REGARDING ISSUANCE OF SUBPOENA
SEEKING DISCLOSURE OF YOUR IDENTITY**

A legal document called a subpoena has been sent to your Internet Service Provider, _____, requiring the disclosure of your name, address and other information.  The subpoena was issued pursuant to a Court Order in one of two lawsuits pending in the United States District Court for the District of Columbia.

Plaintiffs have filed two lawsuits alleging that various people have infringed their copyrights by illegally downloading and/or distributing one of these two movies: "Far Cry" or the "The Steam Experiment" (a/k/a "The Chaos Experiment").  However, the Plaintiffs do not know the actual names or addresses of these people – only the Internet Protocol address ("IP address") of the computer associated with the illegal activity.

Accordingly Plaintiffs have filed their lawsuits against anonymous "John Doe" defendants and issued subpoenas to various Internet Service Providers to determine the identity of these people.  If you are receiving this notice, that means the Plaintiffs have asked your Internet Service Provider to disclose your identification information to them, including your name, current (and permanent) addresses, and your email address and Media Access Control number.  Enclosed is a copy of the subpoena seeking your information and the exhibit page containing the IP address that has been associated with your computer and showing the date and time you are alleged to have used the Internet to download or upload the particular movie.

This is a civil lawsuit, not a criminal case.  You have not been charged with any crime. The Plaintiffs want the court to order you to pay them significant damages, which may be thousands of dollars, for uploading or downloading the movie without permission.  If the Plaintiffs receive your information from your Internet Service Provider, you will likely be added as a named defendant to one and/or the other of the two lawsuits.

[margin comment: Office 2004 Test Drive…, 7/15/10 1:54 PM **Deleted:**]

**INFORMATION ABOUT YOU HAS NOT YET BEEN DISCLOSED,
BUT IT WILL BE DISCLOSED IN 30 DAYS IF YOU DO NOT
CHALLENGE THE SUBPOENA.**

Your identifying information has not yet been disclosed to the Plaintiffs.

This notice is intended to inform you of some of your rights and options. It does not provide legal advice. We cannot advise you about what grounds exist, if any, to challenge this subpoena. If you would like legal advice you should consult an attorney.

On the following pages of this notice you will find a list of resources that may help you locate an attorney and decide how to respond to the subpoena or lawsuit

If you want to prevent being identified, you have 30 days from the date of this notice to ask the Court to block the subpoena or to dismiss the case against you. You can do this by filing a legal document called a "motion." You must also notify your ISP that you have asked the court to do so. If you need more than 30 days to file such a motion or find a lawyer to assist you, you can file a motion asking for an extension of time; you should notify your ISP if you file a motion asking for more time.

> Office 2004 Test Drive…, 7/15/10 1:55 PM
> **Deleted:** to file a motion to quash or vacate the subpoena. You must also notify your ISP.

If you file a motion to quash the subpoena or a motion to dismiss, your identity will not be disclosed until the court makes a decision on your motion.  If you do nothing, then after 30 days your ISP will be compelled to send the Plaintiff your name, address, email address, telephone number, and your modem's Media Access Control number.

You may wish to obtain an attorney to advise you on these issues or to help you take action.

To help you find a lawyer, the American Bar Association's attorney locator can be found on the Internet at http://www.abanet.org/lawyerlocator/searchlawyer.html

The Bar Association of the District of Columbia has a Lawyer Referral Service that can be reached at 202-296-7845.

The Electronic Frontier Foundation is an organization that seeks to protect the rights of Internet users.  They have created a website that lists attorneys who have volunteered to consult with people in your situation and contains further information about the lawsuit that has been filed against you as well as similar lawsuits:

https://www.eff.org/issues/file-sharing/subpoena-defense

The Plaintiffs have created a website where they have posted copies of the Complaints filed in these cases; the Motions for Early Discovery, which it filed to explain why it needs this information; Motions to Quash and/or to Dismiss that have been filed by other Defendants, as well as Plaintiffs' responses to those motions; and answers to Frequently Asked Questions:

www.xxx.xxxx

If you file a motion and a Plaintiff opposes it, you will be able to find a copy of the Plaintiff's response there.

OTHER ISSUES REGARDING THE LAWSUIT AGAINST YOU

To maintain a lawsuit against you in the District Court for the District of Columbia, the court must have personal jurisdiction over you. You may be able to challenge the District Court for the District of Columbia's personal jurisdiction over you. However, please note that even if your challenge is successful, the Plaintiff can still file against you in the state in which a court has personal jurisdiction over you.

You may also be able to challenge the subpoena or the lawsuit on other grounds, including that it was improper to add you into the lawsuit with others (called "joinder"), or that the First Amendment requirements for revealing your name and address have not been met.  A "friend of the court" brief on those issues was filed by the Electronic Frontier Foundation, the American Civil Liberties Union and Public Citizen, Inc., and is available here:

https://www.eff.org/files/filenode/uscg_does/Achte-NeunteFinalBrief.pdf

If you are interested in discussing this matter with the Plaintiff's attorneys, you may contact them by telephone at (877) 223-7212, by fax at (866) 874-5101 or by email at subpoena@dgwlegal.com.  Please understand that these lawyers represent the company that sued you. They can speak with you about settling the lawsuit, if you wish to consider that. You should be aware that if you contact them they may learn your identity, and that anything you say to them can later be used against you in court.

You should not call the Court.

Again, you may wish to retain an attorney to discuss these issues and your options.

[Margin comment: Office 2004 Test Drive…, 7/15/10 1:57 PM  Deleted:]