**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

West Bay One, Inc., )
*Plaintiff* )
 )
v. ) Case No. 1:10-cv-00481-JDB
 )
Does 1-2,000, )
*Defendant* )

RECEIVED
AUG 2 3 2010
Clerk, U.S. District and
Bankruptcy Courts

**MOTION TO QUASH SUBPOENA**

John Doe 98.165.11.83, user of IP address 98.165.11.83, hereby moves to quash the subpoena issued to Cox Communications dated April 28, 2010, for the following reasons:

1. There is a lack of personal jurisdiction over John Doe in the District of Columbia. He has never lived, worked or used any Internet service in the District of Columbia.

2. By filing this motion John Doe is not in any way submitting to the court's jurisdiction over him in the District of Columbia.

3. He has never used a file-sharing service and does not know what this case is about.

4. Adding John Doe as a defendant in this matter would be improper because John Doe has nothing in common with his prospective co-defendants.

Therefore, John Doe 98.165.11.83 respectfully requests that this court quash the subpoena issued to Cox Communications and that Cox Communications not be required to reveal any information regarding his identity.

      Respectfully submitted this 20th day of August, 2010.

                John Doe 98.165.11.83
                Cox subscriber


Cc:    Cox Communications
       Nicholas A. Kurtz, Attorney for West Bay One, Inc.