## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WEST BAY ONE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 10-481 (RMC)** |
| | ) | |
| **DOES 1 - 1,653,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the motions to quash subpoena filed by John Doe #1 [Dkt. # 14], William Wright [Dkt. # 15], and John Doe #2 [Dkt. # 33] are **DENIED**; and it is

**FURTHER ORDERED** that the Clerk shall **UNSEAL** Mr. Doe #1's motion to quash [Dkt. # 14].

**SO ORDERED**.


Date:  September 10, 2010        _____/s/_____

ROSEMARY M. COLLYER
United States District Judge