UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST BAY ONE, INC., | Case No.: 1:10-cv-00481-RMC |
| Plaintiff, | Declaration of Jane Doe No. 1 in Support of Omnibus Motion to Quash Subpoena Pursuant |
| v. | to Fed. R. Civ. P. 45(c)(3) and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| DOES 1-6,533 | |
| Defendant | |

## DECLARATION OF JANE DOE NO. 1 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JANE DOE NO. 1 and hereby declares:

1. I am Jane Doe No. 1[1], a customer of Cox Communications ("Cox") who received a letter from Cox on or about August 12, 2010 advising me that Cox would release my personal information associated with IP address 98.166.37.121 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 13, 2010.

2. I am a resident of Newport News, VA where I have lived since _2007_.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

---

[1]     The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and penalty of perjury, that the foregoing is true and correct.

DATE: 09/07/2010

Jane Doe 1

## CERTIFICATE OF SERVICE

I am the attorney for Jane Doe # 1. On _____Sept. 10, 2010_____ I sent a true and complete

copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their

attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NI 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

## AFFIDAVIT IN SUPPORT OF MOTION TO QUASH

**STATE OF LOUISIANA**

**PARISH OF** St James

BEFORE ME, the undersigned authority, Notary Public, personally came and appeared an individual who is submitting this affidavit under the alias, "Jane Doe 70.177.41.8", who, after verifying her true identity by a Louisiana driver's license, and after being first duly sworn, did depose and say as follows:

1.

I, "Jane Doe 70.177.41.8", am not a defendant in the case of *West Bay One, Inc. v. Does 1-2,000*, pending in the U.S. District Court for the District of Columbia, Docket No. 1:10-cv-00481-RMU.

2.

I received a letter dated August 11, 2010, from my internet service provider, Cox Communications, Inc., informing me that a subpoena was issued to Cox Communications in the aforementioned case, and that said subpoena seeks information relating to my identify and personal information.

3.

According to the records and letter produced by Cox Communications, my IP address is 70.177.41.8.

4.

The letter and attachments from Cox Communications also provide my true identity, mailing address, and IP address. I have shown a copy of the letter and attachments from Cox Communications to the undersigned Notary to verify my identity, to confirm my capacity to execute this affidavit, and to verify that I am the individual who bears the relevant IP address.

5.

I am using the alias "Jane Doe 70.177.41.8" to protect my identity and personal information. I have informed the Notary that I am signing my true name as it would defeat the purpose of a motion to quash the subpoena seeking my identity and personal information.

6.

I certify that I have never had any direct contact nor have I done any business with plaintiff, West Bay One, Inc.

7.

I certify that I have never entered into any contractual, quasi contractual, nor implied agreements with the plaintiff.

8.

I do not reside within the state or district in which the case identified in paragraph 1 was filed. I have never resided within the state or district in which the case identified in paragraph 1 was filed.

9.

I am a resident and domiciliary only of the state of Louisiana, and said state has been my sole state of residence and domicile for more than a decade.

10.

I certify that I have never knowingly caused, nor am I aware of anyone claiming that may actions have caused, tortious injury within the state or district in which the case identified in paragraph 1 was filed.

11.

I certify that I have never previously engaged in, nor do I currently solicit, business within the state or district in which the case identified in paragraph 1 was filed.

12.

I certify that I have never engaged in, nor do I currently engage in, any other persistent course of conduct within the state or district in which the case identified in paragraph 1 was filed.

13.

I certify that, to the best of my knowledge, I have never derived, nor do I currently derive, any substantial revenue from goods used or consumed, or services rendered, within the state or district in which the case identified in paragraph 1 was filed.

14.

I certify that I have taken no affirmative actions that would reasonably lead me to believe that I might be subjected to the jurisdiction of the court identified in paragraph 1.

15.

I certify that I have no knowledge of any contacts of any kind that would reasonably lead me to believe that I might be subjected to the jurisdiction of the court identified in paragraph 1.

BY SIGNING BELOW, I hereby declare, certify, verify, and state under penalty of perjury under the laws of the United States of America and the state of Louisiana that my foregoing statements are true and correct to best of my knowledge and understanding. Dated September ____2____, 2010.


Signed: _____ 70.177.41.8
        Jane Doe 70.177.41.8


THE FOREGOING FACTS were sworn to, subscribed and acknowledged as true before me on this ___2nd___ day of September, 2010, by the affiant, whose true identity is personally known to me and who produced a valid state driver's license and copy of the documents identified in this affidavit.


Signed: _____            (notary seal)
Printed name: _____
        Notary Public for the State of Louisiana
Notary No. _____
My commission expires: ___12-31-14___

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September_   _2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

Hunter Doe #1

520 663-9910

3 pages +
this cover = 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST BAY ONE, INC., | ) Case No.: 1:10-cv-00481-RMC |
| | ) |
| Plaintiff, | ) |
| | ) Declaration of John Doe No. 1 in Support of |
| | ) Omnibus Motion to Quash Subpoena Pursuant |
| v. | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| | ) |
| | ) |
| DOES 1-6,533 | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## DECLARATION OF JOHN DOE NO. 1 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 1 and hereby declares:

1. I am John Doe No. 1[1], a customer of Cox Communications ("Cox") who received a letter from Cox on or about August 12, 2010 advising me that Cox would release my personal information associated with IP address 68.106.247.188 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 13, 2010.

2. I am a resident of Tucson, AZ where I have lived since *April, 2005*

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

---

[1]     The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and penalty of perjury, that the foregoing is true and correct.

DATE: 09/ /2010

*9/9/2010*

John Doe No. 1

*John Doe no.1*

## CERTIFICATE OF SERVICE

I am the attorney for John Doe #1.  On _____ I sent a true and complete

copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their

attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NI 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST BAY ONE, INC., | ) Case No.: 1:10-cv-00481-RMC |
| Plaintiff, | ) Declaration of John Doe No. 2 in Support of |
| v. | ) Omnibus Motion to Quash Subpoena Pursuant |
| | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| DOES 1-6,533 | ) |
| Defendant | ) |

## DECLARATION OF JOHN DOE NO. 2 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 2 and hereby declares:

1. I am John Doe No. 2, a customer of Cox Communications ("Cox") who received a letter from Cox on or about August 11, 2010 advising me that Cox would release my personal information associated with IP address 70.161.203.26 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 13, 2010.

2. I am a resident of Chesapeake, VA where I have lived since 1996.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7.  I have not agreed to act as surety for or on any person, property, risk, contract

obligation or agreement located or executed or to be performed in the District of

Columbia.

8.  I do not regularly do or solicit business in the District of Columbia.

9.  I do not derive any income, much less substantial income, from the District of

Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.


I declare under the laws of the United States that the foregoing is true and correct.

DATE: 09/7/2010

_____
John Doe No. 2


## CERTIFICATE OF SERVICE

I am the attorney for John Doe # 2.  On  September 10th, 2010 I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties

and/or their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

___/s/ Carey N.

Lening_____
CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

9/8/2010

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WEST BAY ONE, INC., | ) Case No.: 1:10-cv-00481-RMC |
| Plaintiff, | ) |
| | ) Declaration of John Doe No. 3 in Support of |
| v. | ) Omnibus Motion to Quash Subpoena Pursuant |
| | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| DOES 1-6,533 | ) |
| Defendant | ) |

## DECLARATION OF JOHN DOE NO. 3 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 3 and hereby declares:

1. I am John Doe No. 3[1], a customer of Cox Communications ("Cox") who received a letter from Cox on or about August 12, 2010 advising me that Cox would release my personal information associated with IP address 98.165.151.172 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 13, 2010.

2. I am a resident of Mesa, AZ where I have lived since *1998* .

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

---

[1]  The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: 09/?2010

John Doe No. 3

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On ___September___ ___2010___ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST BAY ONE, INC., | ) Case No.: 1:10-cv-00481-RMC |
| | ) |
| Plaintiff, | ) |
| | ) Declaration of John Doe No. 4 in Support of |
| | ) Omnibus Motion to Quash Subpoena Pursuant |
| v. | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| | ) |
| | ) |
| DOES 1-6,533 | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |

## DECLARATION OF JOHN DOE NO. 4 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 4 and hereby declares:

1. I am John Doe No. 4[1], a customer of Cox Communications ("Cox") who received a letter from Cox on or about August 11, 2010 advising me that Cox would release my personal information associated with IP address 68.4.202.170 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 13, 2010.

2. I am a resident of Laguna Nigel, CA where I have lived since 2007.

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

---

[1]     The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and under penalty of perjury, that the foregoing is true and correct.

DATE: 09/7/2010

*JOHN DOE NO.4*
John Doe No. 4

## CERTIFICATE OF SERVICE

I am the attorney for John Doe #4.  On September 9th, 2010 I sent a true and complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WEST BAY ONE, INC., | ) Case No.: 1:10-cv-00481-RMC |
| | ) |
| Plaintiff, | ) Declaration of John Doe No. 5 in Support of |
| | ) Omnibus Motion to Quash Subpoena Pursuant |
| v. | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| | ) |
| DOES 1-6,533 | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |
| | ) |

<u>**DECLARATION OF JOHN DOE NO. 5 IN SUPPORT OF OMNIBUS MOTION TO**</u>
<u>**QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO**</u>
<u>**DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)**</u>

COMES NOW JOHN DOE NO. 5 and hereby declares:

1. I am John Doe No. 5[1], a customer of Cox Communications ("Cox") who received a

   letter from Cox on or about August 11, 2010 advising me that Cox would release my

   personal information associated with IP address 68.105.238.122 to the Plaintiff in

   this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

   September 13, 2010.

2. I am a resident of Hampton, VA where I have lived since August 2005.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

---

[1]     The real party in interest is signing this Declaration with a pseudonym so as not to moot
the subject matter of the Omnibus Motion.  If the Court wishes, the real party in interest's true
name will be disclosed to the Court in an *in camera* filing.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and under penalty of perjury, that the foregoing is true and correct.

DATE: 09/6/2010

John Doe No. 5

*John doe #5*

## CERTIFICATE OF SERVICE

I am _the attorney for Doe #5_. On _Sept. 16, 2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

    I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

_Carey Kenins, esq._
_Dc Bar #999284_