United States District Court
For The District of Columbia

Joel Gronning

VS                                                     10-1566(RBW)

United States of America


Affidavit of Service

I, Joel Gronning, mailed the summons and complaint registered mail to the U.S. Attorney General on 9/17/10.




Joel Gronning
1421 12th ST NW APT 308
Washington, DC 20005
202-306-6964




RECEIVED

SEP 30 2010

Clerk, U S. District & Bankruptcy
Courts for the District of Columbia



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 0820 0002 0034 3873**
Expected Delivery Date: **September 18, 2010**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
              **Return Receipt**
Status: **Delivered**

Enter Label/Receipt Number

Go >

Your item was delivered at 11:14 am on September 21, 2010 in WASHINGTON, DC 20530.

Detailed Results:

* **Delivered, September 21, 2010, 11:14 am, WASHINGTON, DC 20530**
* **Notice Left, September 21, 2010, 10:37 am, WASHINGTON, DC 20530**
* **Arrival at Unit, September 21, 2010, 7:57 am, WASHINGTON, DC 20022**
* **Acceptance, September 17, 2010, 10:56 am, WASHINGTON, DC 20009**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

 

