**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, <br><br>     Plaintiff, <br>  v. <br> DOES 1 - 4577, <br><br>     Defendants. | No. 10-cv-453 (RMC) |
| WEST BAY ONE, INC., <br><br>     Plaintiff, <br>  v. <br> DOES 1 - 1,653, <br><br>     Defendants. | No. 10-cv-481 (RMC) |

**MOTION OF *AMICI CURIAE* FOR LEAVE TO FILE A MEMORANDUM**
**IN RESPONSE TO PLAINTIFFS' STATEMENTS OF GOOD CAUSE**

The Electronic Frontier Foundation, Public Citizen and the American Civil Liberties Union hereby move for leave to file a memorandum as *amici curiae* in response to the Statements of Good Cause filed by the plaintiffs in these cases on September 28, 2010 [*Achte* #110; *West Bay* #46]. Counsel for the plaintiffs has declined to consent to such a filing.

These *amici* previously were granted leave to file a memorandum in support of third party Time Warner's motion to quash (*see* Minute Order of June 7, 2010), and the Court graciously stated from the bench that it found *amici's* memorandum to be helpful. Amici respectfully suggest that they can again be helpful to the Court by analyzing the issues presented by the pending motions to dismiss, the order to show cause, and the statements of good cause.

Because of various other commitments of counsel, including other filing

deadlines and travel, *amici* request that they be allowed two weeks (until October 15) to file their memorandum. Plaintiffs will not be prejudiced by that date, as their position is that the Court should take no action on the motions to dismiss until after November 18, 2010. *See* Statements of Good Cause at 6-7.

For these reasons the motion should be granted. A proposed order is attached.

Respectfully submitted,

Corynne McSherry
*corynne@eff.org*

Jennifer Granick
*jennifer@eff.org*

*/s/ Marcia Hofmann*
Marcia Hofmann (D.C. Bar No. 484136)
*marcia@eff.org*
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
T: (415) 436-9333
F: (415) 436-9993
Attorneys for *Amicus* Electronic Frontier Foundation

Paul Alan Levy
*pleavy@citizen.org*
Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
T: (202) 588-1000
Attorney for *Amicus* Public Citizen

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar. No. 235960)
*artspitzer@aol.com*
American Civil Liberties Union of the
  Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
T. 202-457-0800
F. 202-452-1868
Attorney for *Amicus* American Civil Liberties Union of the Nation's Capital

2

Aden J. Fine (D.C. Bar No. 485703)
*afine@aclu.org*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2500
F: (212) 549-2651
Attorney for *Amicus* American Civil Liberties Union Foundation

October 3, 2010