**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WEST BAY ONE, INC.<br>　　　Plaintiff,<br>v.<br>DOES 1-1,653<br>　　　Defendants. | Case No.: 1:10-cv-00481-RMC<br><br>NOTICE OF IDENTIFICATION OF DEFENDANTS AND MOTION TO REFILE DEFENDANTS' REPLY TO PLAINTIFF'S MOTION IN OPPOSITION [DKT. 45] |

## NOTICE OF IDENTIFICATION OF DEFENDANTS AND MOTION TO REFILE DEFENDANTS' REPLY TO PLAINTIFF'S MOTION IN OPPOSITION [DKT. 45]

To the Clerk of this Court and all Parties of record,

　　On October 1, 2010, Carey N. Lening, on behalf of the named Defendants in the attached Exhibit A, filed a reply with this court to the Plaintiff's Memorandum in Opposition to the Defendant's Motion to Quash & Dismiss [Dkt. 45].

　　While the Defendants did supply identifying information to the court, it was not in substantial compliance with the Court's earlier Order [Dkt. 44] seeking the identity by "name, address, phone number and email address." [Dkt. 44, 3 at ¶2]. This was in error.

　　Accordingly, Ms. Lening formally requests that the court not unduly penalize the Defendants for this office's omission, and instead permit refiling of the Defendants Reply to Plaintiff's Motion in Opposition, along with the attached Notice of Identification. Information as it pertains to John Doe 5 has not been obtained by this office from the client, and will be forthcoming.

Dated:  October 8, 2010

Respectfully Submitted,
/S/ CAREY N. LENING

CAREY N. LENING, ESQ.
LAW  OFFICE OF CAREY N. LENING
DC Bar No. 449284
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529
carey.lening@careylening.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I am the attorney for the listed defendants. On October 8th, 2010 I sent a true and complete copy of the foregoing NOTICE OF IDENTIFICATION OF DEFENDANTS AND MOTION TO REFILE DEFENDANTS' REPLY TO PLAINTIFF'S MOTION IN OPPOSITION [DKT. 45] to the following parties and/or their attorneys of record via United States Mail and/or where indicated, via facsimile transmission:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319
Via Facsimile: 404-269-6841

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057
Via Facsimile:866-947-5587


//
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____/s/ Carey N. Lening, Esq. _____