EXHIBIT A
LIST OF NAMED DEFENDANTS

| DOE # | NAME | ADDRESS | EMAIL | PHONE | IP ADDDRESS |
|---|---|---|---|---|---|
| John Doe 1 | Kyle Hunter | 3300-14201 Paseo De Los Rios Tucson AZ 85712 | kphphd@yahoo.com | 520-225- 9174 | 68.106.247.188 |
| Jane Doe 1 | Emily Spitzer | 555 Almond drive Newport News, VA 23601 | carey.lening@careylening.com | 804-307-2822 | 98.166.37.121 |
| John Doe 2 | Eric J. Doney | 613 Butterfly Drive, Chesapeake VA, 23322 | mr-flood@cox.net | 757-436-9551 | 70.161.203.26 |
| John Doe 3 | Greg Kelley | 316 W. 9th Place N., Mesa, AZ 85201 | gregjk@cox.net | 602-768-1283 | 98.165.151.172 |
| John Doe 4 | Christopher Go | 29671 Ana Maria Ln Laguna Niguel, CA 92677 | chrisprc@sbcglobal.net | 949-548-7558 | 68.4.202.170 |
| John Doe 5 | Anthony Hedzig | | | | 68.105.238.122 |
| Jane Doe 70.177.41.8 | Jenny Millett | 140 N Millet Ave Gramercy, LA  70052 | milletgj@yahoo.com | 225-869-7108 | 70.177.41.8 |