EXHIBIT A
LIST OF NAMED DEFENDANTS

| DOE # | NAME | ADDRESS | EMAIL | PHONE | IP ADDDRESS |
|---|---|---|---|---|---|
| John Doe 5 | Anthony Heidzig | 412 Adwood Ct. Hampton, VA 23605 | heidziga@gmail.com | (757) 256-6431 | 68.105.238.122 |