UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST BAY ONE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CA. 1:10-cv-00481-RMC |
| DOES 1 – 1,653 | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS [DOC. NO. 53]**

Plaintiff files this memorandum in opposition to a recently filed motion to dismiss [Doc. No. 53] Plaintiff West Bay One, Inc., the owner of the copyright of the motion picture "The Steam Experiment" also known as "The Chaos Experiment," filed this case for copyright infringement against various individuals who allegedly illegally downloaded and distributed the movie over the Internet. When the suit was filed, Plaintiff did not know the names of the alleged infringers but had identified the Internet Protocol ("IP") addresses of the computers associated with the infringements. In order to discover the actual names of the Doe Defendants, Plaintiff subpoenaed the Internet Service Providers ("ISPs") who provide service to the identified IP addresses, and the ISPs gave notice to their customers of the subpoena. Several of the individuals who received such notices have moved to quash the subpoena and dismiss the case based on lack of personal jurisdiction and misjoinder.

The Court has continually denied the motions to quash and motions for protective orders, but the motions to dismiss remain pending. [See Doc. Nos. 36, 37, and Minute Orders of 9/16/10 and 11/4/10] The only motion remaining, to which Plaintiff has not responded and that Plaintiff is aware of, is a motion to dismiss filed by Peter J. Bresko [Doc. No. 53].

1

In opposition to this motion, Plaintiff hereby submits and incorporates herein its previously filed opposition to several similar motions (Exhibit 1; Doc. No. 45) and its previously filed statement of good cause addressing the joinder issue (Exhibit 2; Doc. No. 20).

Respectfully Submitted,

WEST BAY ONE, INC.

**DATED**: November 9, 2010

By: /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2010, a true and correct copy of the foregoing PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS [DOC. NO. 53] was sent via first-class mail to the following:

           Peter J. Bresko
           25 Chilhowie Drive
           Kinnelon, NJ 07405
           *Moving Doe Defendant*

           /s/
           Nicholas A. Kurtz