

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WEST BAY ONE, INC.<br>Plaintiff,<br>v.<br><br>DOES 1-1,653<br><br>Defendants. | ) Declaration of Jack Fernandes and Marie Fernandes<br>) in Support of Omnibus Motion and Memorandum<br>) to Quash Subpoena Pursuant to Fed. R. Civ. P.<br>) 45(c)(3) and Motion to Dismiss Pursuant to Fed. R.<br>) Civ. P. 12(b)(2) and request for Dismissal<br>)<br>)<br>)<br>)<br>) ORAL ARGUMENT REQUESTED<br>) |

## DECLARATION OF JACK FERNANDES AND MARIE FERNANDES IN SUPPORT OF OMNIBUS MOTION & MEMORANDUM TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW Jack Fernandes and Marie Fernandes, Husband and Wife, appearing and acting Pro Se and hereby declare:

1. We are customers of Comcast Communications ("Comcast") who received a letter from Comcast dated October 22, 2010 and received on or about October 23, or 25 advising us that Comcast would release my personal information associated with IP address 76.24.72.49 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by November 22, 2010.

2. We are residents of Fall River, Massachusetts where we have lived since at lest the last 50

1

years;

3. We have not transacted any business in the District of Columbia.

4. We have not contracted to supply services in the District of Columbia.

5. We have no interest in any real property located in the District of Columbia.

6. We do not use any real property located in the District of Columbia.

7. We have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. We do not regularly do or solicit business in the District of Columbia.

9. We do not derive any income, much less substantial income, from the District of Columbia.

10. We do not engage in any other persistent course of conduct in the District of Columbia.

11. We ask the Court to incorporate in the Omnibus Motion in the proceedings now pending in ACHTE/NEUNTE BOLL KING BEITEILGUNGS GMBH V. DOES 1, 1-4,577, Case No. 1:10-cv.00453-RMC in these proceedings and to quash subpoena and to dismiss for the reasons stated. We declare under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

DATE: November 19, 2010

*Jack Fernandes* /
Jack Fernandes

*Marie Fernandes*
Marie Fernandes
239 Washington St.
Fall River, MA 027221
Tel: (508) 676-8282
Email: marief51@comcast.net

2

## CERTIFICATE OF SERVICE

We, Jack Fernandes and Marie Fernandes On November 19, 2010 sent a true and complete copy of the foregoing DECLARATION OF JACK FERNANDES AND MARIE FERNANDES IN SUPPORT OF OMNIBUS MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail or facsimile where noted:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Comcast Legal Response Center
Ne&TO
650 Centerton Road
Moorestown, NJ 08057

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Jack Fernandes*
Jack Fernandes

*Marie Fernandes*
Marie Fernandes

Jack Fernandes

---

Marie Fernandes
239 Washington St.
Fall River, MA 027221
Tel: (508) 676-8282
Email: marief51@comcast.net

3

## CERTIFICATE OF SERVICE

We, Jack Fernandes and Marie Fernandes On November 19, 2010 sent a true and complete copy of the foregoing DECLARATION OF JACK FERNANDES AND MARIE FERNANDES IN SUPPORT OF OMNIBUS MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail or facsimile where noted:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Comcast Legal Response Center
Ne&TO
650 Centerton Road
Moorestown, NJ 08057

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/Jack Fernandes/
Jack Fernandes

Marie Fernandes
/Marie Fernandes/