UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WEST BAY ONE, INC.,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 10-481 (RMC) |
| **ENID EDDINGS,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Plaintiff West Bay One, Inc. brought this suit against 1,653 persons who allegedly copied and distributed its motion picture, "The Steam Experiment" also known as "The Chaos Experiment," over the Internet. It then issued subpoenas to various Internet Service Providers to identify such persons, known only by their Internet Protocol ("IP") addresses. On December 6, 2010, Plaintiff filed a Notice of Filing Second Amended Complaint and Notice of Voluntary Dismissal of Certain Doe Defendants as well as a Second Amended Complaint, naming as defendants Enid Eddings, Crystal Pabrezis, and 726 Does. *See* Notice [Dkt. # 60]; Second Am. Compl. [Dkt. # 61]. Accordingly, it is hereby

**ORDERED** that Plaintiff's notice of voluntary dismissal of numerous Does is **APPROVED**; and it is

**FURTHER ORDERED** that all those Does whom Plaintiff has not specifically named or identified by IP address in the Second Amended Complaint, including all those individuals who have thus far entered the case as Interested Parties, are hereby **DISMISSED** without prejudice. Those dismissed without prejudice include the following individuals listed on the docket as

Interested Parties: William J. Wright, Janaia M. Brown, Kyle Hunter, Emily Spitzer, Eric J. Doney, Greg Kelley, Christopher Go, Jenny Millett, Anthony Heidzig, Peter J. Bresko, Mohammad Ahmed, Jack Fernades, Marie Fernandes, Jane Bustamante Gabel, and David B. McDaniel.  These Interested Parties are hereby notified that they have not been named as defendants in this case and they are not required to respond to the Second Amended Complaint; and it is

**FURTHER ORDERED** that all currently pending motions filed by Interested Parties are **DENIED** as moot.

**SO ORDERED**.


Date: December 14, 2010                              /s/
                                             ROSEMARY M. COLLYER
                                             United States District Judge