UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO ) <br> BETEILIGUNGS GMBH & CO KG ) <br> Wormserstrasse 173 ) <br> D-55130 Mainz, Germany ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 4,577 ) <br> ) <br> Defendants. ) | No. 1:10-cv-00453-RMC |
| WEST BAY ONE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 1,653 ) <br> ) <br> Defendants. ) | No. 1:10-cv-00481-RMC |

**AFFIDAVIT OF CRAIG GOLDBERG IN SUPPORT OF TIME WARNER CABLE INC.'S MOTION FOR RECONSIDERATION**

1. My name is Craig Goldberg. I am employed by Time Warner Cable Inc. ("TWC") as Assistant Chief Counsel, Litigation and Chief Privacy Officer. I make this declaration in support of Time Warner Cable Inc.'s Motion to Quash Subpoena. In my role, I am knowledgeable about TWC's subscriber base. The facts in this affidavit are based on my personal knowledge and the books and records of TWC.

2. TWC does not serve any subscribers within the District of Columbia. TWC does not serve any subscribers within 100 miles of the District of Columbia.

3. TWC has been providing to plaintiffs identifying information about TWC subscribers in accordance with this Court's July, 2010 orders. Not one of the subscribers about whom TWC has provided identifying information to date has been located within the District of Columbia. Because TWC does not serve subscribers in the District of Columbia, there is no reasonable likelihood that any additional lookups will reveal a subscriber located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Date: December 21, 2010

_____
Craig Goldberg

SUBSCRIBED AND SWORN TO before me this 20th day of December, 2010.

_____
Notary Public

My Commission expires: _____

RIINA TOHVERT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01TO6204236
Qualified in New York County
My Commission Expires April 13, 2013