Default - Rule 55A (CO 40 Revised-2/2010)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

WEST BAY ONE, INC.

_____
            Plaintiff(s)

            v.

DOES 1 - 1,653

_____
            Defendant(s)

Civil Action: 10cv481-RMC

**RE:**   ENID EDDINGS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 3, 2011, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of February, 2011 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Reginald D. Johnson
            Deputy Clerk