UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

FEB 15 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

WEST BAY ONE, INC.

VS

ENID EDDINGS                         CIVIL ACTION NO. 1:10-CV-~~0081~~ 481-RMC

DEFENDANTS MOTION PRO SE   *To Dismiss*

    This case is without merit and the defendant Enid Eddings would like the case reopened because when she was served on the 6 of January 2011 she had no prior knowledge of the pending case and had already purchased tickets from December to see her ailing sister in Jamaica from January 12- 26. Upon returning the snow storm further hindered her ability to get information because she was stranded at the airport for approximately 14 hours this wasted another day and being the end of the week was not able to look into these false allegations until the following week. Enid Eddings would also request a hearing before the court to get the case dismissed with prejudice and counter sue for defamation, fraud, abuse of process, and harassment. Enid Eddings is denying all and any wrong doing in this case and is requesting to immediately be taken off as a party. Enid Eddings at the date in question did not have any internet service with Comcast and therefore, it is impossible for her to have committed this act.

*I. Enid Eddings did not own a computer at the time.*

_____   E. Eddings

Enid Eddings

900 Webster St.

Washington D.C. 20011