**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| WEST BAY ONE, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CA. 1:10-cv-00481-RMC |
| | ) |
| ENID EDDINGS; CRYSTAL PABREZIS; | ) |
| and DOES 1 – 726, | ) |
| | ) |
|     Defendants. | ) |
|                                          | ) |

**PLAINTIFF'S STATUS REPORT PURSUANT TO COURT'S ORDER OF 11/19/10**
**[DOC. NO. 58]**

Plaintiff submits this status report pursuant to the Court's Order of November 19, 2010. [Doc. No. 58]

On December 3, 2010, Plaintiff filed its Second Amended Complaint naming two individuals and retaining 726 Doe Defendants for which Plaintiff had not received any identifying information from their Internet Service Providers ("ISPs"). [Doc. No. 61; see Doc. No. 68] As of the date of this status report, both named Defendants are in default. [Doc. Nos. 77, 85][1] On February 16, 2011, Defendant Eddings filed a letter purporting to be a motion to dismiss. [Doc. No. 86] Plaintiff intends to oppose that motion and file an application for default judgment. Plaintiff is currently in settlement discussions with Defendant Pabrezis.

Since the filing of its Second Amended Complaint, Plaintiff has received two batches of production from Comcast and one production batch from Time Warner. Attached as Exhibit 1 hereto is a list identifying the IP addresses for which Plaintiff has not received identifying information from the ISPs as of the date of this status report. As evidenced by Exhibit 1, the

---

[1] Even though Plaintiff is no required to serve this status report on the defaulted named Defendants, Plaintiff is doing so out of an abundance of caution. Fed. R. Civ. P. Rule 5(a)(2).

number of unidentified Doe Defendant is 468.  A majority of the remaining Doe Defendants represent Comcast and Time Warner subscribers for which Plaintiff has yet to receive production batches.  The identifying information for the remaining Doe Defendants has been withheld by the ISPs pending resolution of objections, motions, etc.

Plaintiff notes that it is aware of two outstanding motions on the Court's docket.[2]  A Doe Defendant, Mr. Michael Storm, filed a letter purporting to be a "Motion to Quash or Vacate [Doc. No. 74], to which Plaintiff filed a response [Doc. No. 78] on February 4, 2011.  The Court has yet to rule on that motion.  Also, on February 8, 2011, a Doe Defendant, Trevor Tinsman, filed form motions to quash, for a protective order, and to dismiss, for which the motion to dismiss based on personal jurisdiction is still pending.  [Doc. No. 80; see Court's Minute Order of 2/9/11]  Plaintiff will be filing an opposition to that motion to dismiss this same day.

For these reasons, Plaintiff respectfully requests that the Court extend the time for naming and serving the unidentified 468 Doe Defendants until the time they are identified by their ISP.  Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the remainder of the Doe Defendants, i.e. those Doe Defendant identified by their ISP since the filing of the Second Amended Complaint, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as no dismissed Doe Defendant has filed either an answer or a motion for summary judgment.

---

[2]  In some instances, purported motions to quash have been filed in courts other than this Court for which the ISPs withhold the identifying information pending those motions, and in other instances the ISPs withhold identifying information when they receive objections from subscribers pending an actual motion being filed and resolution thereof.

DATED: February 18, 2011

Respectfully submitted,
West Bay One, Inc.

By: /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2011, a true and correct copy of the foregoing PLAINTIFF'S STATUS REPORT PURSUANT TO COURT'S ORDER OF 11/19/10 [DOC. NO. 58] was sent via first-class mail to the following:

Carolyn Wimbly Martin
Of Counsel
Lutzker & Lutzker LLP
1233 20th Street, NW Suite 703
Washington, DC 20036
Tel. 202-408-7600 | Direct 301-219-5356
Fax 301-652-5275 | Email: carolyn@lutzker.com cwimblymartin@aol.com
*Attorneys for Defendant,*
*Crystal Pabrezis*

Enid Eddings
900 Webster Street, NW
Washington, DC 20011

                                            /s/ Nick Kurtz
                                            Nicholas A. Kurtz