| Host IP address | Hit Date (UTC) | Related Title | ISP |
|---|---|---|---|
| 76.111.243.138 | 2/28/10 05:37:05 PM | The Steam Experiment | Comcast Cable Communications, Inc. |
| 76.24.72.49 | 2/6/10 10:27:28 PM | The Steam Experiment | Comcast Cable Communications, Inc. |
| 67.167.180.43 | 2/13/10 02:05:40 AM | The Steam Experiment | Comcast Cable Communications, IP Services |
| 68.49.20.66 | 2/14/10 02:36:25 AM | The Steam Experiment | Comcast Cable Communications, Inc. |
| 98.251.28.41 | 2/21/10 03:23:07 PM | The Steam Experiment | Comcast Cable Communications, Inc. |
| 67.166.51.133 | 2/26/10 06:02:57 AM | The Steam Experiment | Comcast Cable Communications, IP Services |
| 71.194.155.76 | 3/6/10 03:12:16 PM | The Steam Experiment | Comcast Cable Communications, Inc. |
| 98.246.181.33 | 3/7/10 07:27:32 AM | The Steam Experiment | Comcast Cable Communications, Inc. |
| 24.4.109.109 | 3/12/10 04:31:40 AM | The Steam Experiment | Comcast Cable Communications |
| 24.5.39.55 | 3/28/10 04:32:40 PM | The Chaos Experiment | Comcast Cable Communications |
| 76.31.91.217 | 4/10/10 07:59:39 AM | The Steam Experiment | Comcast Cable Communications, Inc. |
| 71.193.187.177 | 4/11/10 02:29:07 AM | The Chaos Experiment | Comcast Cable Communications, IP Services |
| 98.232.113.88 | 4/13/10 07:21:47 PM | The Steam Experiment | Comcast Cable Communications, Inc. |
| 76.122.135.120 | 4/22/10 11:10:20 PM | The Steam Experiment | Comcast Cable Communications, Inc. |
| 174.51.97.71 | 5/13/10 04:09:08 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 76.23.78.1 | 5/17/10 03:48:35 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 68.46.37.114 | 5/23/10 12:28:04 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 98.209.42.30 | 5/23/10 05:45:03 PM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 67.164.39.74 | 5/24/10 12:00:50 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 98.239.32.238 | 5/24/10 01:48:30 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 75.74.27.96 | 5/24/10 06:46:42 PM | The Chaos Experiment | Comcast Cable Communications Holdings, Inc |
| 71.205.64.84 | 5/25/10 10:17:28 AM | The Chaos Experiment | Comcast Cable Communications, IP Services |
| 76.104.162.248 | 5/26/10 11:58:15 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 98.195.204.77 | 5/27/10 12:59:45 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 71.200.14.235 | 5/27/10 05:01:42 AM | The Chaos Experiment | Comcast Cable Communications, IP Services |
| 174.56.201.152 | 5/28/10 12:03:47 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 76.20.157.71 | 5/28/10 12:35:49 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 98.209.254.168 | 5/28/10 11:08:43 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 67.189.21.184 | 5/29/10 12:18:22 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 98.247.142.235 | 5/30/10 04:38:27 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 67.180.243.136 | 5/31/10 07:18:57 AM | The Chaos Experiment | Comcast Cable Communications, Inc |
| 71.192.130.3 | 6/1/10 04:46:31 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 98.243.189.5 | 6/1/10 06:14:20 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 174.50.122.232 | 6/2/10 12:02:19 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 67.169.203.95 | 6/2/10 06:57:31 PM | The Chaos Experiment | Comcast Cable Communications, IP Services |
| 71.227.163.122 | 6/4/10 02:25:55 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 71.205.118.117 | 6/4/10 02:42:46 AM | The Chaos Experiment | Comcast Cable Communications, IP Services |
| 67.188.159.223 | 6/5/10 04:59:43 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 98.223.113.31 | 6/5/10 05:48:05 AM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 71.199.67.78 | 6/5/10 09:47:51 AM | The Chaos Experiment | Comcast Cable Communications, IP Services |
| 76.120.228.45 | 6/5/10 05:03:34 PM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 98.242.120.10 | 6/5/10 11:29:02 PM | The Chaos Experiment | Comcast Cable Communications, Inc. |
| 24.21.167.199 | 6/7/10 12:55:53 AM | The Chaos Experiment | Comcast Cable Communications |
| 24.17.128.181 | 6/8/10 04:22:36 AM | The Chaos Experiment | Comcast Cable |
| 71.193.187.4 | 6/8/10 04:32:23 AM | The Chaos Experiment | Comcast Cable |
| 76.101.208.167 | 6/8/10 09:23:40 PM | The Chaos Experiment | Comcast Cable |
| 98.214.214.108 | 6/9/10 12:02:04 AM | The Chaos Experiment | Comcast Cable |
| 98.250.82.246 | 6/10/10 06:45:20 AM | The Chaos Experiment | Comcast Cable |
| 67.190.49.168 | 6/11/10 12:09:16 AM | The Chaos Experiment | Comcast Cable |
| 71.205.189.149 | 6/11/10 01:23:24 AM | The Chaos Experiment | Comcast Cable |
| 67.183.182.177 | 6/11/10 06:16:08 AM | The Chaos Experiment | Comcast Cable |
| 98.202.212.231 | 6/12/10 12:26:18 AM | The Chaos Experiment | Comcast Cable |
| 24.20.78.181 | 6/12/10 06:55:30 AM | The Chaos Experiment | Comcast Cable |
| 67.161.126.253 | 6/12/10 08:22:24 AM | The Chaos Experiment | Comcast Cable |
| 67.169.96.245 | 6/15/10 08:53:31 PM | The Chaos Experiment | Comcast Cable |
| 98.237.66.107 | 6/17/10 12:50:26 AM | The Chaos Experiment | Comcast Cable |
| 67.185.236.164 | 6/17/10 04:24:49 AM | The Chaos Experiment | Comcast Cable |
| 24.147.178.253 | 6/19/10 05:40:21 PM | The Chaos Experiment | Comcast Cable |
| 76.16.203.216 | 6/20/10 12:01:04 AM | The Chaos Experiment | Comcast Cable |
| 98.236.31.190 | 6/21/10 01:57:24 AM | The Chaos Experiment | Comcast Cable |
| 24.23.163.89 | 6/25/10 09:33:32 AM | The Chaos Experiment | Comcast Cable |
| 76.29.73.216 | 6/27/10 05:48:22 PM | The Chaos Experiment | Comcast Cable |

Exhibit 1                                                                                     1

| | | | |
|---|---|---|---|
| 67.168.74.127 | 6/28/10 10:29:18 PM | The Chaos Experiment | Comcast Cable |
| 24.6.3.51 | 6/28/10 10:29:44 PM | The Chaos Experiment | Comcast Cable |
| 71.236.180.124 | 6/30/10 01:58:33 AM | The Chaos Experiment | Comcast Cable |
| 71.204.229.122 | 6/30/10 03:48:57 AM | The Chaos Experiment | Comcast Cable |
| 76.111.180.215 | 6/30/10 06:41:52 AM | The Chaos Experiment | Comcast Cable |
| 98.212.137.138 | 6/30/10 10:52:25 PM | The Chaos Experiment | Comcast Cable |
| 71.205.110.32 | 6/30/10 10:54:19 PM | The Chaos Experiment | Comcast Cable |
| 67.160.4.95 | 7/1/10 02:55:30 AM | The Chaos Experiment | Comcast Cable |
| 67.183.249.21 | 7/3/10 12:53:49 AM | The Chaos Experiment | Comcast Cable |
| 67.162.232.185 | 7/3/10 06:42:39 PM | The Chaos Experiment | Comcast Cable |
| 68.52.163.85 | 7/5/10 02:14:39 AM | The Chaos Experiment | Comcast Cable |
| 71.205.54.30 | 7/5/10 12:56:13 PM | The Chaos Experiment | Comcast Cable |
| 67.187.25.205 | 7/5/10 08:39:28 PM | The Chaos Experiment | Comcast Cable |
| 68.52.90.226 | 7/6/10 01:22:37 AM | The Chaos Experiment | Comcast Cable |
| 71.204.152.114 | 7/7/10 07:35:46 AM | The Chaos Experiment | Comcast Cable |
| 24.99.120.135 | 7/7/10 07:13:10 PM | The Chaos Experiment | Comcast Cable |
| 24.91.232.22 | 7/7/10 07:13:56 PM | The Chaos Experiment | Comcast Cable |
| 98.197.0.237 | 7/8/10 12:48:32 AM | The Chaos Experiment | Comcast Cable |
| 71.239.17.16 | 7/8/10 07:12:01 PM | The Chaos Experiment | Comcast Cable |
| 24.9.251.69 | 7/9/10 12:05:07 AM | The Chaos Experiment | Comcast Cable |
| 75.73.54.40 | 7/9/10 03:27:56 AM | The Chaos Experiment | Comcast Cable |
| 98.214.237.6 | 7/11/10 05:09:20 AM | The Chaos Experiment | Comcast Cable |
| 24.20.53.18 | 7/12/10 11:24:06 PM | The Chaos Experiment | Comcast Cable |
| 71.57.100.65 | 7/12/10 11:51:40 PM | The Chaos Experiment | Comcast Cable |
| 98.198.87.249 | 7/13/10 06:54:35 AM | The Chaos Experiment | Comcast Cable |
| 24.110.98.135 | 1/4/10 03:43:56 PM | The Steam Experiment | EARTHLINK,INC |
| 67.85.30.143 | 11/4/09 06:03:54 AM | The Steam Experiment | Optimum Online (Cablevision Systems) |
| 24.191.227.248 | 12/30/09 02:58:48 AM | The Steam Experiment | Optimum Online (Cablevision Systems) |
| 69.115.206.92 | 1/17/10 08:12:36 AM | The Steam Experiment | Optimum Online (Cablevision Systems) |
| 68.194.34.59 | 2/15/10 03:19:45 AM | The Steam Experiment | Optimum Online (Cablevision Systems) |
| 97.102.115.183 | 11/1/09 12:08:44 AM | The Steam Experiment | Road Runner |
| 76.169.194.161 | 11/1/09 12:58:57 AM | The Steam Experiment | Road Runner |
| 70.113.26.172 | 11/2/09 05:53:29 AM | The Steam Experiment | Road Runner |
| 75.85.154.94 | 11/2/09 07:01:13 AM | The Steam Experiment | Road Runner |
| 76.88.180.160 | 11/2/09 01:41:44 PM | The Steam Experiment | Road Runner |
| 70.114.254.61 | 11/3/09 12:31:28 PM | The Steam Experiment | Road Runner |
| 97.97.226.34 | 11/4/09 04:11:58 AM | The Steam Experiment | Road Runner |
| 72.177.157.168 | 11/4/09 12:24:16 PM | The Steam Experiment | Road Runner |
| 75.179.185.237 | 11/5/09 04:27:44 AM | The Steam Experiment | Road Runner |
| 70.60.100.220 | 11/5/09 04:48:47 AM | The Steam Experiment | Road Runner Business |
| 72.188.64.127 | 11/5/09 03:13:57 PM | The Steam Experiment | Road Runner |
| 65.31.32.143 | 11/5/09 07:18:13 PM | The Steam Experiment | Road Runner |
| 70.119.185.230 | 11/5/09 09:28:47 PM | The Steam Experiment | Road Runner |
| 66.66.96.248 | 11/5/09 10:34:11 PM | The Steam Experiment | Road Runner |
| 65.32.59.245 | 11/6/09 12:25:50 AM | The Steam Experiment | Road Runner |
| 67.246.123.215 | 11/6/09 03:19:34 AM | The Steam Experiment | Road Runner |
| 65.189.162.125 | 11/6/09 05:07:17 AM | The Steam Experiment | Road Runner |
| 76.169.250.180 | 11/6/09 06:21:46 AM | The Steam Experiment | Road Runner |
| 70.94.51.229 | 11/6/09 04:17:19 PM | The Steam Experiment | Road Runner |
| 70.119.46.32 | 11/7/09 02:10:49 AM | The Steam Experiment | Road Runner |
| 97.102.115.163 | 11/7/09 02:24:59 AM | The Steam Experiment | Road Runner |
| 65.32.234.153 | 11/7/09 02:27:28 AM | The Steam Experiment | Road Runner |
| 69.207.213.28 | 11/7/09 02:54:38 PM | The Steam Experiment | Road Runner |
| 74.76.78.159 | 11/7/09 05:55:45 PM | The Steam Experiment | Road Runner |
| 24.92.168.165 | 11/8/09 01:58:49 AM | The Steam Experiment | Road Runner |
| 66.65.219.74 | 11/8/09 10:20:53 AM | The Steam Experiment | Road Runner |
| 24.92.22.245 | 11/8/09 02:52:01 PM | The Steam Experiment | Road Runner |
| 68.204.236.6 | 11/8/09 05:50:13 PM | The Steam Experiment | Road Runner |
| 65.33.129.191 | 11/8/09 05:56:19 PM | The Steam Experiment | Road Runner |
| 65.28.51.131 | 11/9/09 01:31:59 AM | The Steam Experiment | Road Runner |
| 66.27.148.80 | 11/9/09 07:37:39 AM | The Steam Experiment | Road Runner |
| 76.189.58.107 | 11/9/09 09:26:05 AM | The Steam Experiment | Road Runner |
| 72.178.30.58 | 11/9/09 09:38:55 AM | The Steam Experiment | Road Runner |

Exhibit 1                                                                             2

| | | | |
|---|---|---|---|
| 64.183.139.238 | 11/9/09 11:26:20 AM | The Steam Experiment | Road Runner |
| 98.25.80.97 | 11/9/09 03:00:21 PM | The Steam Experiment | Road Runner |
| 72.130.246.28 | 11/9/09 03:18:56 PM | The Steam Experiment | Road Runner |
| 76.183.200.206 | 11/10/09 05:36:33 AM | The Steam Experiment | Road Runner |
| 76.182.69.1 | 11/11/09 12:13:21 AM | The Steam Experiment | Road Runner |
| 75.179.160.5 | 11/11/09 12:32:10 AM | The Steam Experiment | Road Runner |
| 24.242.53.234 | 11/11/09 12:52:45 AM | The Steam Experiment | Road Runner |
| 67.8.203.60 | 11/11/09 03:42:28 AM | The Steam Experiment | Road Runner |
| 65.34.75.95 | 11/11/09 03:26:36 PM | The Steam Experiment | Road Runner |
| 76.184.207.136 | 11/11/09 07:42:51 PM | The Steam Experiment | Road Runner |
| 65.27.202.110 | 11/12/09 12:00:44 AM | The Steam Experiment | Road Runner |
| 75.187.135.124 | 11/12/09 08:59:44 PM | The Steam Experiment | Road Runner |
| 69.134.141.57 | 11/12/09 09:50:24 PM | The Steam Experiment | Road Runner |
| 76.184.23.238 | 11/13/09 01:58:00 AM | The Steam Experiment | Road Runner |
| 65.30.206.10 | 11/13/09 04:38:17 AM | The Steam Experiment | Road Runner |
| 24.26.126.58 | 11/13/09 01:18:33 PM | The Steam Experiment | Road Runner |
| 70.113.203.56 | 11/13/09 04:09:32 PM | The Steam Experiment | Road Runner |
| 65.24.67.126 | 11/13/09 06:46:35 PM | The Steam Experiment | Road Runner |
| 67.242.65.197 | 11/13/09 11:00:27 PM | The Steam Experiment | Road Runner |
| 65.33.108.70 | 11/14/09 12:02:27 AM | The Steam Experiment | Road Runner |
| 24.210.238.83 | 11/14/09 12:18:49 AM | The Steam Experiment | Road Runner |
| 24.169.233.124 | 11/14/09 03:15:59 AM | The Steam Experiment | Road Runner |
| 76.186.171.54 | 11/14/09 03:41:48 AM | The Steam Experiment | Road Runner |
| 97.96.12.105 | 11/14/09 09:34:17 PM | The Steam Experiment | Road Runner |
| 97.103.252.91 | 11/15/09 12:00:23 AM | The Steam Experiment | Road Runner |
| 98.145.230.125 | 11/15/09 12:15:01 AM | The Steam Experiment | Road Runner |
| 69.205.69.101 | 11/15/09 09:40:45 AM | The Steam Experiment | Road Runner |
| 70.94.63.112 | 11/18/09 01:12:44 AM | The Steam Experiment | Road Runner |
| 70.120.76.24 | 11/18/09 04:08:34 AM | The Steam Experiment | Road Runner |
| 66.25.60.15 | 11/18/09 09:13:43 AM | The Steam Experiment | Road Runner |
| 72.229.33.105 | 11/19/09 03:03:24 AM | The Steam Experiment | Road Runner |
| 66.66.10.27 | 11/19/09 07:17:37 AM | The Steam Experiment | Road Runner |
| 76.170.182.61 | 11/20/09 12:31:41 AM | The Steam Experiment | Road Runner |
| 98.25.93.19 | 11/20/09 12:47:54 AM | The Steam Experiment | Road Runner |
| 74.70.4.128 | 11/20/09 01:14:17 AM | The Steam Experiment | Road Runner |
| 76.167.122.27 | 11/20/09 02:16:14 AM | The Steam Experiment | Road Runner |
| 76.87.15.53 | 11/20/09 03:31:21 AM | The Steam Experiment | Road Runner |
| 72.178.95.98 | 11/20/09 03:55:57 AM | The Steam Experiment | Road Runner |
| 75.187.180.106 | 11/20/09 04:04:12 AM | The Steam Experiment | Road Runner |
| 72.178.93.247 | 11/20/09 01:11:31 PM | The Steam Experiment | Road Runner |
| 68.204.113.255 | 11/21/09 12:18:40 AM | The Steam Experiment | Road Runner |
| 74.73.65.83 | 11/21/09 02:17:14 AM | The Steam Experiment | Road Runner |
| 75.81.186.212 | 11/21/09 08:24:06 AM | The Steam Experiment | Road Runner |
| 69.76.236.184 | 11/21/09 09:57:43 AM | The Steam Experiment | Road Runner |
| 74.70.31.223 | 11/21/09 11:28:48 PM | The Steam Experiment | Road Runner |
| 98.14.49.169 | 11/22/09 12:27:19 AM | The Steam Experiment | Road Runner |
| 74.71.69.108 | 11/22/09 01:51:13 AM | The Steam Experiment | Road Runner |
| 76.175.252.15 | 11/22/09 03:30:55 AM | The Steam Experiment | Road Runner |
| 71.64.27.192 | 11/22/09 01:06:13 PM | The Steam Experiment | Road Runner |
| 70.117.1.130 | 11/22/09 05:29:38 PM | The Steam Experiment | Road Runner |
| 76.186.17.33 | 11/22/09 09:27:28 PM | The Steam Experiment | Road Runner |
| 67.241.136.147 | 11/22/09 10:51:25 PM | The Steam Experiment | Road Runner |
| 76.83.200.240 | 11/23/09 12:30:32 AM | The Steam Experiment | Road Runner |
| 68.174.36.229 | 11/23/09 04:48:27 PM | The Steam Experiment | Road Runner |
| 74.67.197.6 | 11/23/09 06:11:33 PM | The Steam Experiment | Road Runner |
| 75.189.249.55 | 11/24/09 12:25:14 AM | The Steam Experiment | Road Runner |
| 72.224.201.177 | 11/24/09 05:55:36 AM | The Steam Experiment | Road Runner |
| 76.175.229.42 | 11/24/09 06:42:59 AM | The Steam Experiment | Road Runner |
| 76.166.167.81 | 11/24/09 08:04:11 AM | The Steam Experiment | Road Runner |
| 65.191.135.23 | 11/24/09 01:22:07 PM | The Steam Experiment | Road Runner |
| 24.94.69.37 | 11/24/09 07:01:10 PM | The Steam Experiment | Road Runner |
| 66.91.252.19 | 11/25/09 03:49:37 PM | The Steam Experiment | Road Runner |
| 24.94.180.216 | 11/25/09 10:02:33 PM | The Steam Experiment | Road Runner |

Exhibit 1                                    3

| | | | |
|---|---|---|---|
| 72.184.148.195 | 11/26/09 02:14:18 AM | The Steam Experiment | Road Runner |
| 76.168.42.218 | 11/26/09 08:12:42 AM | The Steam Experiment | Road Runner |
| 67.8.233.245 | 11/26/09 10:30:53 AM | The Steam Experiment | Road Runner |
| 72.226.124.217 | 11/26/09 10:31:58 PM | The Steam Experiment | Road Runner |
| 71.64.12.102 | 11/27/09 03:45:56 AM | The Steam Experiment | Road Runner |
| 97.103.26.225 | 11/27/09 05:27:07 AM | The Steam Experiment | Road Runner |
| 74.73.76.85 | 11/27/09 06:15:04 PM | The Steam Experiment | Road Runner |
| 65.33.159.245 | 11/28/09 03:03:32 AM | The Steam Experiment | Road Runner |
| 72.177.51.200 | 11/28/09 12:54:56 PM | The Steam Experiment | Road Runner |
| 71.72.67.56 | 11/28/09 03:27:31 PM | The Steam Experiment | Road Runner |
| 204.210.198.20 | 11/29/09 12:25:52 AM | The Steam Experiment | Road Runner |
| 65.188.208.84 | 11/29/09 02:42:38 AM | The Steam Experiment | Road Runner |
| 69.205.155.106 | 11/29/09 05:19:30 AM | The Steam Experiment | Road Runner |
| 74.78.247.135 | 11/29/09 05:23:22 AM | The Steam Experiment | Road Runner |
| 76.95.163.150 | 11/29/09 10:26:01 AM | The Steam Experiment | Road Runner |
| 70.114.213.228 | 11/29/09 05:03:15 PM | The Steam Experiment | Road Runner |
| 76.189.8.52 | 11/30/09 08:13:12 AM | The Steam Experiment | Road Runner |
| 76.92.181.129 | 11/30/09 11:55:42 PM | The Steam Experiment | Road Runner |
| 66.91.125.83 | 12/1/09 12:56:02 AM | The Steam Experiment | Road Runner |
| 65.191.127.163 | 12/1/09 01:42:41 AM | The Steam Experiment | Road Runner |
| 76.188.147.116 | 12/1/09 03:21:49 AM | The Steam Experiment | Road Runner |
| 72.226.203.177 | 12/2/09 12:01:58 AM | The Steam Experiment | Road Runner |
| 72.185.58.172 | 12/2/09 02:56:22 AM | The Steam Experiment | Road Runner |
| 72.189.85.211 | 12/2/09 06:48:11 AM | The Steam Experiment | Road Runner |
| 76.188.79.144 | 12/2/09 08:36:56 PM | The Steam Experiment | Road Runner |
| 98.25.119.105 | 12/3/09 08:50:28 AM | The Steam Experiment | Road Runner |
| 72.178.94.157 | 12/6/09 12:12:31 AM | The Steam Experiment | Road Runner |
| 74.76.227.28 | 12/6/09 01:21:54 AM | The Steam Experiment | Road Runner |
| 75.177.83.181 | 12/6/09 11:29:14 AM | The Steam Experiment | Road Runner |
| 74.71.169.161 | 12/6/09 12:24:10 PM | The Steam Experiment | Road Runner |
| 72.186.108.34 | 12/7/09 02:46:52 AM | The Steam Experiment | Road Runner |
| 69.76.233.187 | 12/7/09 05:39:54 AM | The Steam Experiment | Road Runner |
| 74.70.237.55 | 12/8/09 05:07:17 AM | The Steam Experiment | Road Runner |
| 68.206.173.241 | 12/8/09 06:49:32 AM | The Steam Experiment | Road Runner |
| 68.207.199.204 | 12/8/09 03:55:40 PM | The Steam Experiment | Road Runner |
| 68.204.247.19 | 12/9/09 01:59:07 AM | The Steam Experiment | Road Runner |
| 76.177.213.139 | 12/9/09 06:57:30 AM | The Steam Experiment | Road Runner |
| 65.33.20.100 | 12/10/09 01:03:33 AM | The Steam Experiment | Road Runner |
| 65.24.113.3 | 12/10/09 04:15:03 AM | The Steam Experiment | Road Runner |
| 68.200.253.95 | 12/10/09 12:49:27 PM | The Steam Experiment | Road Runner |
| 76.181.18.82 | 12/10/09 07:05:04 PM | The Steam Experiment | Road Runner |
| 68.202.123.15 | 12/11/09 04:08:18 AM | The Steam Experiment | Road Runner |
| 75.82.23.239 | 12/11/09 08:16:44 AM | The Steam Experiment | Road Runner |
| 96.10.58.172 | 12/12/09 02:26:53 PM | The Steam Experiment | Road Runner Business |
| 76.93.210.31 | 12/13/09 12:37:36 AM | The Steam Experiment | Road Runner |
| 75.179.5.252 | 12/13/09 04:48:37 PM | The Steam Experiment | Road Runner |
| 66.26.63.100 | 12/13/09 05:13:18 PM | The Steam Experiment | Road Runner |
| 98.24.241.111 | 12/13/09 05:24:54 PM | The Steam Experiment | Road Runner |
| 65.32.218.90 | 12/14/09 12:21:18 AM | The Steam Experiment | Road Runner |
| 24.166.216.68 | 12/14/09 03:14:01 AM | The Steam Experiment | Road Runner |
| 76.189.128.198 | 12/14/09 07:29:52 AM | The Steam Experiment | Road Runner |
| 76.89.133.168 | 12/14/09 07:48:37 AM | The Steam Experiment | Road Runner |
| 76.171.58.65 | 12/14/09 02:53:44 PM | The Steam Experiment | Road Runner |
| 24.94.114.62 | 12/14/09 07:32:13 PM | The Steam Experiment | Road Runner |
| 72.225.160.119 | 12/15/09 01:45:32 AM | The Steam Experiment | Road Runner |
| 24.52.139.140 | 12/15/09 12:37:30 PM | The Steam Experiment | Road Runner |
| 65.191.168.22 | 12/15/09 09:38:01 PM | The Steam Experiment | Road Runner |
| 72.135.237.67 | 12/16/09 03:29:56 AM | The Steam Experiment | Road Runner |
| 65.33.21.5 | 12/16/09 07:06:14 PM | The Steam Experiment | Road Runner |
| 67.49.76.213 | 12/17/09 02:26:23 AM | The Steam Experiment | Road Runner |
| 70.118.239.215 | 12/17/09 02:35:00 AM | The Steam Experiment | Road Runner |
| 75.87.105.160 | 12/17/09 05:50:39 AM | The Steam Experiment | Road Runner |
| 75.187.84.32 | 12/17/09 11:59:20 AM | The Steam Experiment | Road Runner |

Exhibit 1                                                                          4

| | | | |
|---|---|---|---|
| 76.189.83.34 | 12/17/09 02:36:16 PM | The Steam Experiment | Road Runner |
| 67.79.182.171 | 12/17/09 04:53:26 PM | The Steam Experiment | Road Runner Business |
| 24.209.150.255 | 12/17/09 05:24:21 PM | The Steam Experiment | Road Runner |
| 97.101.122.13 | 12/17/09 06:27:33 PM | The Steam Experiment | Road Runner |
| 74.72.86.224 | 12/18/09 01:49:58 AM | The Steam Experiment | Road Runner |
| 76.181.18.47 | 12/18/09 02:22:03 AM | The Steam Experiment | Road Runner |
| 76.93.56.179 | 12/18/09 04:52:32 AM | The Steam Experiment | Road Runner |
| 66.66.1.242 | 12/18/09 07:26:45 AM | The Steam Experiment | Road Runner |
| 76.189.128.203 | 12/18/09 09:26:15 AM | The Steam Experiment | Road Runner |
| 75.83.248.52 | 12/19/09 06:50:38 AM | The Steam Experiment | Road Runner |
| 76.173.248.39 | 12/19/09 09:37:19 AM | The Steam Experiment | Road Runner |
| 75.187.178.54 | 12/19/09 11:13:07 AM | The Steam Experiment | Road Runner |
| 76.185.32.41 | 12/19/09 02:40:03 PM | The Steam Experiment | Road Runner |
| 204.210.230.141 | 12/20/09 04:42:11 AM | The Steam Experiment | Road Runner |
| 75.84.205.99 | 12/20/09 09:05:31 AM | The Steam Experiment | Road Runner |
| 98.28.65.38 | 12/20/09 11:30:26 AM | The Steam Experiment | Road Runner |
| 72.186.111.2 | 12/20/09 06:49:38 PM | The Steam Experiment | Road Runner |
| 24.95.48.3 | 12/21/09 12:00:19 AM | The Steam Experiment | Road Runner |
| 76.178.248.72 | 12/21/09 12:13:18 AM | The Steam Experiment | Road Runner |
| 74.79.203.58 | 12/21/09 06:53:28 AM | The Steam Experiment | Road Runner |
| 24.211.221.84 | 12/21/09 07:14:20 AM | The Steam Experiment | Road Runner |
| 204.210.230.153 | 12/22/09 07:59:58 AM | The Steam Experiment | Road Runner |
| 24.90.61.189 | 12/22/09 09:05:38 PM | The Steam Experiment | Road Runner |
| 76.84.252.88 | 12/23/09 03:49:24 AM | The Steam Experiment | Road Runner |
| 72.187.144.245 | 12/23/09 06:03:28 AM | The Steam Experiment | Road Runner |
| 70.126.247.234 | 12/23/09 08:43:20 AM | The Steam Experiment | Road Runner |
| 76.167.151.177 | 12/23/09 11:36:42 AM | The Steam Experiment | Road Runner |
| 65.26.180.245 | 12/23/09 01:29:33 PM | The Steam Experiment | Road Runner |
| 67.9.10.197 | 12/23/09 09:35:24 PM | The Steam Experiment | Road Runner |
| 76.166.103.69 | 12/24/09 12:45:36 AM | The Steam Experiment | Road Runner |
| 68.200.177.176 | 12/24/09 02:00:34 AM | The Steam Experiment | Road Runner |
| 24.58.70.210 | 12/24/09 04:41:41 AM | The Steam Experiment | Road Runner |
| 76.181.135.87 | 12/24/09 06:32:12 AM | The Steam Experiment | Road Runner |
| 68.205.250.14 | 12/24/09 07:36:53 AM | The Steam Experiment | Road Runner |
| 97.97.180.199 | 12/24/09 08:56:16 AM | The Steam Experiment | Road Runner |
| 65.33.21.156 | 12/24/09 02:39:53 PM | The Steam Experiment | Road Runner |
| 24.242.219.14 | 12/24/09 05:05:17 PM | The Steam Experiment | Road Runner |
| 65.34.54.86 | 12/25/09 12:21:40 AM | The Steam Experiment | Road Runner |
| 74.70.217.32 | 12/25/09 08:57:35 AM | The Steam Experiment | Road Runner |
| 68.175.64.253 | 12/25/09 07:13:29 PM | The Steam Experiment | Road Runner |
| 65.185.141.11 | 12/26/09 03:44:27 AM | The Steam Experiment | Road Runner |
| 70.122.124.155 | 12/26/09 06:26:10 PM | The Steam Experiment | Road Runner |
| 72.186.92.30 | 12/27/09 01:35:09 AM | The Steam Experiment | Road Runner |
| 97.106.53.152 | 12/27/09 09:51:14 AM | The Steam Experiment | Road Runner |
| 204.210.204.244 | 12/28/09 11:32:13 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 68.204.147.23 | 12/28/09 05:39:42 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 75.180.44.255 | 12/29/09 12:06:05 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 72.191.34.53 | 12/29/09 07:07:52 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 72.135.31.2 | 12/29/09 05:32:28 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 72.188.154.250 | 12/29/09 08:44:41 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.174.38.37 | 12/30/09 12:36:51 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 72.184.153.235 | 12/30/09 02:07:46 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.25.111.165 | 12/30/09 04:25:09 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 174.102.169.126 | 12/30/09 04:59:24 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.27.73.53 | 12/30/09 07:48:26 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 70.117.157.30 | 12/31/09 10:01:01 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 98.122.5.44 | 12/31/09 01:56:11 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 173.171.145.107 | 1/1/10 07:19:57 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 174.101.73.35 | 1/1/10 02:08:28 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.166.221.202 | 1/2/10 03:15:26 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.171.228.86 | 1/2/10 10:56:01 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.188.94.169 | 1/3/10 05:23:43 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 174.98.164.182 | 1/3/10 12:37:40 PM | The Steam Experiment | Road Runner HoldCo LLC |

Exhibit 1                                             5

| IP Address | Date/Time | Title | Plaintiff |
|---|---|---|---|
| 65.191.17.51 | 1/3/10 12:57:53 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.33.126.57 | 1/3/10 01:58:35 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.30.36.3 | 1/3/10 05:04:21 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.209.255.39 | 1/5/10 12:01:09 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.27.108.55 | 1/5/10 01:09:31 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.189.104.227 | 1/5/10 08:56:25 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.242.13.92 | 1/6/10 09:08:48 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 72.185.218.21 | 1/7/10 03:12:42 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 72.130.27.120 | 1/8/10 06:41:20 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.242.214.148 | 1/8/10 07:39:32 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 68.202.191.179 | 1/8/10 01:59:18 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.59.253.39 | 1/8/10 09:16:25 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.189.244.47 | 1/9/10 02:41:58 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.91.108.234 | 1/10/10 06:10:02 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 69.204.57.197 | 1/10/10 08:35:16 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.10.84.247 | 1/12/10 12:03:38 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 74.73.31.168 | 1/12/10 05:24:54 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 71.71.217.123 | 1/12/10 05:26:00 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.188.172.246 | 1/12/10 11:19:59 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.74.14.65 | 1/12/10 06:46:39 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.249.32.43 | 1/13/10 10:34:32 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.66.4.23 | 1/13/10 10:51:18 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.172.156.204 | 1/14/10 08:17:01 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.61.102.167 | 1/15/10 12:00:34 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 68.202.64.39 | 1/15/10 12:06:12 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.250.61.4 | 1/15/10 12:13:39 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.8.170.13 | 1/15/10 01:31:26 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.170.156.219 | 1/15/10 10:10:13 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.91.109.79 | 1/17/10 03:31:36 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.189.26.204 | 1/17/10 08:26:58 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 70.113.45.119 | 1/17/10 01:28:51 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 97.101.139.203 | 1/18/10 12:08:11 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 173.171.233.12 | 1/18/10 07:34:14 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.69.9.213 | 1/18/10 10:37:20 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.8.2.118 | 1/19/10 02:02:00 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 72.229.36.221 | 1/19/10 10:40:09 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.248.248.13 | 1/20/10 07:14:03 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 70.112.229.15 | 1/20/10 04:49:20 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 174.102.77.25 | 1/21/10 12:01:21 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.8.35.133 | 1/22/10 03:49:44 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 98.148.71.50 | 1/22/10 10:06:32 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 75.81.146.108 | 1/23/10 12:03:22 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 97.101.163.67 | 1/23/10 12:12:14 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.186.194.142 | 1/23/10 06:18:15 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 75.85.142.68 | 1/23/10 08:57:35 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 75.82.9.117 | 1/24/10 12:03:43 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 74.74.123.112 | 1/24/10 07:52:30 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.8.33.191 | 1/25/10 05:38:27 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.24.204.249 | 1/25/10 06:00:56 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 74.72.210.217 | 1/25/10 06:01:00 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.79.10.162 | 1/26/10 02:00:42 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 75.184.36.155 | 1/26/10 03:12:40 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.243.42.122 | 1/26/10 04:16:38 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 70.120.76.215 | 1/27/10 03:53:03 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.169.202.217 | 1/28/10 01:18:22 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.27.160.56 | 1/29/10 03:58:42 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.49.51.252 | 1/29/10 04:32:19 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.33.71.107 | 1/29/10 05:03:32 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 174.100.241.79 | 1/30/10 05:57:00 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 173.89.80.207 | 1/30/10 08:13:00 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.175.83.197 | 2/4/10 07:26:11 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.190.43.5 | 2/4/10 09:25:36 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 74.74.180.147 | 2/5/10 12:02:36 AM | The Steam Experiment | Road Runner HoldCo LLC |

Exhibit 1                                                                 6

| IP Address | Date/Time | Title | Claimant |
|---|---|---|---|
| 75.80.84.57 | 2/6/10 12:24:06 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.61.130.18 | 2/6/10 06:53:14 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.87.9.38 | 2/6/10 10:20:01 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.27.216.223 | 2/8/10 12:37:51 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 173.173.21.47 | 2/9/10 01:24:02 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 71.71.244.64 | 2/9/10 09:43:14 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 74.70.227.161 | 2/10/10 03:43:28 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.185.145.36 | 2/10/10 05:36:20 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.88.149.40 | 2/10/10 10:33:01 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 97.103.91.104 | 2/11/10 12:00:37 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.87.109.84 | 2/11/10 12:06:54 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.177.235.123 | 2/12/10 06:38:54 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.184.188.116 | 2/14/10 09:54:02 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 97.101.162.217 | 2/15/10 02:51:29 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.168.9.86 | 2/15/10 04:31:42 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.165.54.195 | 2/16/10 12:43:26 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.175.215.145 | 2/16/10 02:33:55 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.84.23.164 | 2/16/10 04:35:09 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.208.154.188 | 2/16/10 03:42:52 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 70.123.121.243 | 2/16/10 05:23:52 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 97.102.36.215 | 2/17/10 04:07:58 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.108.40.12 | 2/17/10 04:51:31 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 68.204.125.119 | 2/18/10 12:33:15 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 74.64.81.223 | 2/19/10 03:58:08 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 74.76.220.48 | 2/19/10 04:43:42 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 173.169.14.111 | 2/19/10 04:14:36 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 75.87.122.108 | 2/19/10 07:02:16 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.94.128.62 | 2/20/10 06:00:46 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.28.64.238 | 2/20/10 06:29:33 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.27.41.229 | 2/20/10 11:29:37 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.242.36.236 | 2/20/10 06:48:46 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.184.195.47 | 2/21/10 03:28:21 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 69.207.147.113 | 2/21/10 09:52:55 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.91.213.194 | 2/22/10 08:21:52 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 70.118.174.69 | 2/23/10 04:18:40 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 97.100.15.247 | 2/25/10 12:14:15 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 70.118.84.120 | 2/25/10 08:09:49 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.185.96.231 | 2/27/10 12:01:06 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 98.155.174.25 | 2/27/10 05:53:56 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 70.116.82.97 | 2/28/10 05:26:23 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.183.52.200 | 3/1/10 03:19:03 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.174.101.9 | 3/1/10 07:04:12 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 98.28.143.78 | 3/2/10 03:33:02 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.25.79.18 | 3/2/10 11:34:50 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 118.101.133.89 | 3/3/10 02:00:16 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.90.76.163 | 3/3/10 09:26:18 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.92.151.214 | 3/4/10 04:33:28 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.89.132.175 | 3/4/10 04:54:39 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.247.2.186 | 3/5/10 09:03:52 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 71.74.228.75 | 3/6/10 12:29:37 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.91.243.47 | 3/6/10 02:11:55 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.246.165.212 | 3/6/10 06:09:57 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.87.16.121 | 3/8/10 12:21:35 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.167.17.190 | 3/8/10 05:06:24 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.25.142.189 | 3/9/10 12:35:58 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 68.207.232.163 | 3/9/10 02:30:06 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.33.166.42 | 3/9/10 08:22:57 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.170.241.152 | 3/10/10 02:08:41 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 68.174.223.229 | 3/10/10 05:12:53 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 65.189.229.98 | 3/10/10 05:12:21 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.171.99.200 | 3/11/10 06:50:13 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.210.30.246 | 3/11/10 07:04:40 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 70.119.103.111 | 3/11/10 05:18:54 PM | The Steam Experiment | Road Runner HoldCo LLC |

Exhibit 1                                                                                         7

| IP Address | Date/Time | Title | ISP |
|---|---|---|---|
| 71.72.87.254 | 3/11/10 09:42:15 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.173.166.188 | 3/12/10 05:37:46 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 69.134.18.82 | 3/12/10 12:20:02 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 71.70.144.170 | 3/12/10 02:43:16 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.90.176.200 | 3/12/10 05:11:23 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.246.32.64 | 3/13/10 01:41:49 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 68.202.0.72 | 3/14/10 03:18:18 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.95.80.176 | 3/14/10 09:03:50 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 75.81.220.183 | 3/14/10 07:37:45 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 75.85.46.219 | 3/15/10 01:22:30 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.93.31.29 | 3/15/10 06:23:06 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.92.185.233 | 3/17/10 09:07:01 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.167.97.93 | 3/17/10 06:41:49 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.242.100.36 | 3/18/10 12:23:56 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 173.169.131.140 | 3/18/10 09:04:31 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 98.25.74.147 | 3/19/10 12:11:25 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 66.108.235.150 | 3/20/10 10:26:39 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.185.76.245 | 3/20/10 02:21:18 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.83.244.69 | 3/21/10 06:01:23 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 67.251.104.99 | 3/21/10 06:09:04 PM | The Steam Experiment | Road Runner HoldCo LLC |
| 97.103.80.164 | 3/22/10 12:02:26 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 24.161.209.85 | 3/22/10 03:27:32 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 76.167.204.91 | 3/22/10 06:57:37 AM | The Steam Experiment | Road Runner HoldCo LLC |
| 74.193.25.27 | 11/9/09 12:04:45 AM | The Steam Experiment | Suddenlink Communications |
| 74.194.129.25 | 11/11/09 04:43:58 AM | The Steam Experiment | Suddenlink Communications |
| 66.76.162.148 | 12/23/09 06:00:54 AM | The Steam Experiment | Suddenlink Communications |
| 74.196.25.148 | 1/1/10 01:46:04 AM | The Steam Experiment | Suddenlink Communications |
| 75.110.55.218 | 3/3/10 05:25:46 AM | The Steam Experiment | Suddenlink Communications |

Exhibit 1                                                                                                 8