UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **WEST BAY ONE, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA. 1:10-cv-00481-RMC-JMF |
| | ) |
| **ENID EDDINGS; CRYSTAL PABREZIS;** | ) |
| **and DOES 1 – 726,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF CONDITIONAL SETTLEMENT**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Plaintiff and Defendant Crystal Pabrezis have reached a settlement on material terms. Accordingly, Defendant Pabrezis will not be filing a response to the Second Amended Complaint, and Plaintiff hereby vacates the default entered against Defendant Pabrezis. Plaintiff anticipates filing a Notice of Dismissal no later than October 31, 2011, after the parties have performed according to the settlement terms.

DATED: April 25, 2011

Respectfully submitted,
West Bay One, Inc.
By:/s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2011, a true and correct copy of the foregoing NOTICE OF CONDITIONAL SETTLEMENT was sent via first-class mail to the following:

Carolyn Wimbly Martin
Of Counsel
Lutzker & Lutzker LLP
1233 20th Street, NW Suite 703
Washington, DC 20036
Tel. 202-408-7600 | Direct 301-219-5356
Fax 301-652-5275 | Email: carolyn@lutzker.com cwimblymartin@aol.com
*Attorneys for Defendant,*
*Crystal Pabrezis*

                                                                         /s/ Nick Kurtz
                                                                        Nicholas A. Kurtz