FOR THE DISTRICT OF COLUMBIA

**WEST BAY ONE, INC.,**

   **Plaintiff,**

      v.                                              Civil Action No. 10-481 (RMC/JMF)

**ENID EDDINGS; CRYSTAL PABREZIS;**
**and DOES 1-726,**

   **Defendants.**

**REPORT AND RECOMMENDATION**

Enid Eddings, now named as a defendant herein, seeks dismissal of the complaint that she illegally downloaded a certain film.  Proceeding *pro se*, she has filed <u>Defendants [sic] Motion Pro Se to Dismiss</u> [#86], in which she insists that she "did not have any internet service with Comcast" or even own a computer, apparently referring to the time she was supposed to have downloaded the film."  Her denial is in itself insufficient to warrant the granting of her motion and I recommend that it be denied.

**Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations.  See <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE