IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOMBIA

West Bay One, Inc.
PLAINTIFF

v.                                    CASE NO.:  CV 10-0481 (JDB)

DOES 1 – 2,000
DEFENDANTS

## NOTICE OF BANKRUPTCY

Comes now, one of the above named Defendants, Matthew Mcmullen, and for Notice of Bankruptcy states:

1. That the one of the above Defendants, Matthew McMullen, filed for bankruptcy on July 1, 2011 in the United States Bankruptcy Court, Western District of Arkansas, Fayetteville Division, Case No. 5:11-bk-73089.

2. That the debt which is the subject matter of this cause of action is listed as a debt on said Petition.

3. That Defendant submits this notice for the limited purpose of notifying this Court, pursuant to local bankruptcy rule number 4, of the automatic stay which commenced upon the filing of the bankruptcy petition and does not enter an appearance herein.

RESPECTFULLY SUBMITTED,

Matthew McMullen

BY:  _____
Joseph Cornell
AR#2004129
Wayne Young Law Firm, PA
3561 N. College Ave.
Fayetteville, AR 72703
PHONE:    (479) 571-8696
FAX:         (479) 571-8984



RECEIVED
Mail Room

SEP - 6 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## **CERTIFICATE OF SERVICE**

I the undersigned do hereby certify that I caused a true and correct copy of the foregoing document in the United States Mail, first class, postage prepaid to:

Dunlap, Grubb & Weaver, PLLC
 Attorneys at Law
199 Liberty Street S.W.
Leesburg, VA 20175

_____
Joseph Cornell