**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WEST BAY ONE, INC.,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ENID EDDINGS; CRYSTAL PABREZIS;** )<br>**and DOES 1 – 726,** )<br>)<br>    **Defendants.** )<br>_____) | CA. 1:10-cv-00481-RMC |

**NOTICE OF CHANGE OF ADDRESS**

   TO THE COURT AND TO ALL INTERESTED PARTIES:

   PLEASE TAKE NOTICE that the address for Plaintiff's counsel has changed.  The new contact information for Plaintiff's counsel is as follows:

>    DUNLAP, GRUBB & WEAVER, PLLC
>    5335 Wisconsin Avenue NW, Suite 440
>    Washington, D.C. 20015-2052
>    Telephone: 202-316-8558
>    Facsimile: 202-318-0242

DATED:  November 3, 2011

            Respectfully Submitted,
            West Bay One, Inc.

   By:   /s/ _____
         Thomas M. Dunlap (D.C. Bar # 471319)
         Nicholas A. Kurtz (D.C. Bar # 980091)
         DUNLAP, GRUBB & WEAVER, PLLC
         5335 Wisconsin Avenue NW, Suite 440
         Washington, D.C. 20015-2052
         Telephone: 202-316-8558
         Facsimile: 202-318-0242
         tdunlap@dglegal.com
         nkurtz@dglegal.com
         *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2011, a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS was sent via first-class mail to the following:

Enid Eddings
900 Webster Street, NW
Washington, DC 20011

                                        /s/ Nick Kurtz
                                        Nicholas A. Kurtz