# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **WEST BAY ONE, INC.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   CA. 1:10-cv-00481-RMC |
| | ) |
| **ENID EDDINGS; CRYSTAL PABREZIS;** | ) |
| **and DOES 1 – 726,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby gives notice that it voluntarily dismisses the case in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  No Defendant has filed either an answer or a motion for summary judgment.

                                            Respectfully submitted,
                                            NU IMAGE, INC.

DATED:  May 25, 2011

                              By:    /s/
                                       Thomas M. Dunlap (D.C. Bar # 471319)
                                       DUNLAP, GRUBB & WEAVER, PLLC
                                       1200 G Street, NW Suite 800
                                       Washington, DC 20005
                                       Telephone: 202-316-8558
                                       Facsimile: 202-318-0242
                                       tdunlap@dglegal.com
                                       nkurtz@dglegal.com
                                       *Attorneys for the Plaintiff*